Robert C. Schubert (S.B.N. 62684)
Willem F. Jonckheer (S.B.N. 178748)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

Christian Levis (*pro hac vice* forthcoming)
Amanda Fiorilla (*pro hac vice* forthcoming)
Rachel Kesten (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC.<br><br>Defendants. | Case No.:<br><br>**CLRA VENUE DECLARATION OF PLAINTIFF JANE DOE PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

I, Jane Doe, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. I am a Plaintiff in the above captioned action.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act ("CLRA"), California Civil Code Section 1750 *et seq.*

4. I am informed and believe the Class Action Complaint has been filed in the proper place for trial of this action.

5. Pursuant to 28 U.S. Code Section 1391(b), a civil action may be brought in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

6. Pursuant to Cal. Civ. Code Section 1780(d), an action under the CLRA may be commenced in the county in which the person against whom it is brought resides, has his or her principal place of business, or is doing business, or in the county where the transaction or any substantial portion thereof occurred.

7. I am informed and believe Defendant GoodRx Holdings, Inc. conducts business in San Mateo county, and a substantial part of the events given rise to the claims asserted in the Class Action Complaint were carried out in San Mateo county, including the disclosure and interception of data to Defendants Meta Platform, Inc.

8. Thus, this action is properly filed in San Mateo county, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 2, 20234 in Palm Beach county, Florida.

*Jane Doe*
Jane Doe (Feb 2, 2023 11:36 EST)
Jane Doe

2