Michael J. Shipley (SBN 233674)
mshipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Olivia Adendorff (*pro hac vice* pending)
olivia.adendorff@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 74205
Telephone: (214) 972-1758
Facsimile: (214) 972-1771

Martin L. Roth (*pro hac vice* pending)
martin.roth@kirkland.com
Alyssa C. Kalisky (*pro hac vice* pending)
alyssa.kalisky@kirkland.com
KIRKLAND & ELLI LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant*
*GoodRx Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC,<br><br>Defendants. | CASE NO. 3:23-CV-00501-LB<br><br>Magistrate Judge: Laurel Beeler<br>Courtroom: B, 15th Floor<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT GOODRX HOLDINGS, INC. TO RESPOND TO COMPLAINT UNDER L.R. 6-1(A)**<br><br>Complaint Filed Date: February 2, 2023 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Jane Doe ("Plaintiff") and Defendant GoodRx Holdings, Inc. ("GoodRx"), through their respective attorneys, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed her Complaint in this Court on February 2, 2023;

**WHEREAS**, GoodRx was served with the summons and Complaint on February 6, 2023;

**WHEREAS**, GoodRx has indicated it intends to file a Motion to Compel Arbitration seeking to compel Plaintiff's claims against GoodRx to arbitration;

**WHEREAS**, GoodRx's response to the Complaint is currently due February 27, 2023;

**WHEREAS**, the parties agree that GoodRx shall file the aforementioned Motion to Compel Arbitration on or before April 13, 2023;

**WHEREAS,** the parties further agree that Plaintiff shall have until May 26, 2023 to respond to GoodRx's Motion to Compel Arbitration;

**WHEREAS**, the parties further agree that GoodRx shall have until June 16 to file a reply in support of its Motion to Compel Arbitration;

**WHEREAS**, the parties agree that GoodRx shall have 30 days from this Court's decision determining the Motion to Compel Arbitration to answer or otherwise respond to the Complaint, including by filing a Motion to Dismiss;

**WHEREAS**, the stipulated extension does not affect the initial case management conference or any other existing date or deadline.

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties that the last day for GoodRx to answer or otherwise respond to the Complaint and Plaintiff's time to respond to GoodRx's answer or response shall be extended as set forth herein.

| | | |
|---|---|---|
| DATED: February 24, 2023 | | Respectfully submitted, |

/s/ Christian Levis
Robert C. Schubert (SBN 62684)
Willem F. Jonckheer #178748
Amber L. Schubert #278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
ascubert@sjk.law

-and-

Christian Levis (*pro hac vice* forthcoming)
Amanda Fiorilla (*pro hac vice* forthcoming)
Rachel Kesten (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Attorneys for Plaintiff Jane Doe*

DATED: February 24, 2023

/s/ Michael J. Shipley

Michael J. Shipley (SBN 233674)
mshipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

KE 94415857.1

-and-

Olivia Adendorff (*pro hac vice* pending)
olivia.adendorff@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1758
Fascimile: (214) 972-1771

-and-

Martin L. Roth (*pro hac vice* pending)
martin.roth@kirkland.com
Alyssa C. Kalisky (*pro hac vice* pending)
alyssa.kalisky@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant GoodRx Holdings, Inc.*

I, Michael J. Shipley, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Time to Respond to Complaint. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Christian Levis has concurred in this filing.

DATED: February 24, 2023

/s/ Michael J. Shipley

Michael J. Shipley (SBN 233674)
mshipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

KE 94415857.1

**CERTIFICATE OF SERVICE**

On February 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Michael J. Shipley*