UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

23-cv-00059-WHO

*Doe v. Hey Favor, Inc.*

I find that the more recently filed case that I have initialed below is not related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 23-cv-00501-LB | *Doe v. GoodRx Holdings, Inc.* | | WHO |

Dated: February 24, 2023

By: /s/ William H. Orrick

William H. Orrick

United States District Judge