GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice pending*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice pending*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:      (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:     (415) 393-4622
Facsimile:      (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:     (213) 229-7311
Facsimile:      (213) 229-6311
akasabian@gibsondunn.com

*Attorneys for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

COOLEY LLP
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC.,<br><br>Defendants. | Case No. 3:23-cv-00501-LB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:  February 2, 2023<br><br>Honorable Laurel Beeler |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Jane Doe ("Plaintiff") and Defendants Meta Platforms, Inc. ("Meta"), Criteo Corp. ("Criteo"), and Google LLC ("Google"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed this action on February 2, 2023;

WHEREAS, Meta was served with the Complaint on February 6, 2023;

WHEREAS, Criteo was served with the Complaint on February 6, 2023;

WHEREAS, Google was served with the Complaint on February 6, 2023;

WHEREAS, Meta, Criteo, and Google's deadlines to respond to the Complaint are all currently set for February 27, 2023;

WHEREAS, counsel for Meta, Criteo, and Google and counsel for Plaintiff have conferred regarding this stipulation;

WHEREAS, the parties have agreed to extend Meta, Criteo, and Google's deadlines to respond to the Complaint by 45 days to April 13, 2023;

WHEREAS, the parties further agree that if Meta, Criteo, and/or Google file motions to dismiss the Complaint, Plaintiff shall have until May 30, 2023 to file her papers in opposition to the motions to dismiss the Complaint;

WHEREAS, the parties further agree that Meta, Criteo, and Google shall have until June 23, 2023 to file their replies to Plaintiff's opposition;

WHEREAS, the proposed stipulated extensions will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, this stipulation is without prejudice to any defense Meta, Criteo, or Google might assert in this action;

NOW, THEREFORE, the parties hereby stipulate and agree that Defendants Meta, Criteo, and Google's deadlines to respond to the Complaint shall be extended by 45 days to April 13, 2023, Plaintiff's deadline to oppose any motions to dismiss filed by Defendants Meta, Criteo, and Google shall be extended by 46 days to May 30, 2023, and Defendants Meta, Criteo, and Google's deadlines to reply to Plaintiff's opposition shall be extended to June 23, 2023.

IT IS SO STIPULATED.

1

2  Dated: February 27, 2023

**GIBSON, DUNN & CRUTCHER LLP**

3  By:     _/s/ Darcy C. Harris_
                Darcy C. Harris

4

5  LAUREN R. GOLDMAN (*pro hac vice pending*)
   DARCY C. HARRIS (*pro hac vice pending*)
6  lgoldman@gibsondunn.com
   dharris@gibsondunn.com
7  200 Park Avenue
   New York, NY 10166
8  Telephone:     (212) 351-4000
   Facsimile:     (212) 351-4035

9  ELIZABETH K. MCCLOSKEY, SBN 268184
   emccloskey@gibsondunn.com
10 ABIGAIL A. BARRERA, SBN 301746
   abarrera@gibsondunn.com
11 555 Mission Street, Suite 3000
   San Francisco, CA 94105
12 Telephone:     (415) 393-4622
   Facsimile:     (415) 801-7389

13
   ANDREW M. KASABIAN, SBN 313210
14 333 South Grand Avenue
   Los Angeles, CA 90071 USA
15 Telephone:     (213) 229-7311
   Facsimile:     (213) 229-6311
16 akasabian@gibsondunn.com

17 **COOLEY LLP**

18 By:     _/s/ Michael G. Rhodes_
                Michael G. Rhodes

19
   MICHAEL G. RHODES, SBN 116127
20 rhodesmg@cooley.com
   KYLE C. WONG, SBN 224021
21 kwong@cooley.com
   CAROLINE A. LEBEL, SBN 340067
22 clebel@cooley.com
   3 Embarcadero Center, 20th Floor
23 San Francisco, CA 94111-4004
   Telephone:     (415) 693-2000
24 Facsimile:     (415) 693-2222

25 *Attorneys for Defendant Meta Platforms, Inc.*
   *(formerly known as Facebook, Inc.)*
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:     /s/ Thomas Dillickrath
        Thomas Dillickrath

THOMAS DILLICKRATH (*pro hac vice* forthcoming)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone:    (202) 747-1900
Facsimile:    (202) 747.1901
tdillickrath@sheppardmullin.com

TENAYA RODEWALD, SBN 248563
1540 El Camino Real, Suite 120
Menlo Park, CA 90425
Telephone:    (650) 815.2600
Facsimile:    (650) 815.2601
trodewald@sheppardmullin.com

SARAH BLITZ, SBN 280118
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071
Telephone:    (213) 620-1780
Facsimile:    (213) 620-1398
sblitz@sheppardmullin.com

*Attorneys for Defendant Criteo Corp.*

**WILLKIE FARR & GALLAGHER LLP**

By:     /s/ Benedict Y. Hur
        Benedict Y. Hur

BENEDICT Y. HUR (SBN 224018)
BHur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
SAgnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
ESantacana@willkie.com
TIFFANY LIN (SBN 321472)
TLin@willkie.com
YUHAN CHI (SBN 324072)
YChi@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.858.7400
Facsimile: 415.858.7599

*Attorneys for Defendant Google LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     /s/ Amanda Fiorilla

**LOWEY DANNENBERG, P.C.**
CHRISTIAN LEVIS (admitted *pro hac vice*)
AMANDA FIORILLA (admitted *pro hac vice*)
RACHEL KESTEN (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

**SCHUBERT JONCKHEER & KOLBE LLP**
ROBERT C. SCHUBERT (SBN 62684)
WILLEM F. JONCKHEER (SBN 178748)
AMBER L. SCHUBERT (SBN 278696)
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

*Attorneys for Plaintiff*

## **CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Darcy C. Harris, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.


Dated: February 27, 2023                    GIBSON, DUNN & CRUTCHER LLP

                                            By:   */s/ Darcy C. Harris*
                                                  Darcy C. Harris