# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

[4:23-cv-00460-DMR](4:23-cv-00460-DMR)
United States of America v. GoodRx Holdings, Inc.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 3:23-cv-00501-LB | Jane Doe v. GoodRx Holdings, Inc., et al | | X |
| 4:23-cv-00744-KAW | John Doe v. GoodRx Holdings, Inc., et al | | X |

## ORDER

I reviewed the motion and determined that the more recently filed cases are not related to the case assigned to me. Cases are not related and no reassignments shall occur.

Dated: March 2, 2023

By: _____
Donna M. Ryu
United States Magistrate Judge

1