| | |
|---|---|
| Robert C. Schubert #62684 | Christian Levis (*pro hac vice* forthcoming) |
| Willem F. Jonckheer #178748 | Amanda Fiorilla (*pro hac vice* forthcoming) |
| Amber L. Schubert #278696 | Rachel Kesten (*pro hac vice* forthcoming) |
| **SCHUBERT JONCKHEER & KOLBE LLP** | **LOWEY DANNENBERG, P.C.** |
| 2001 Union Street, Suite 200 | 44 South Broadway, Suite 1100 |
| San Francisco, CA 94123 | White Plains, NY 10601 |
| Tel: (415) 788-4220 | Tel: (914) 997-0500 |
| Fax: (415) 788-0161 | Fax: (914) 997-0035 |
| rschubert@sjk.law | clevis@lowey.com |
| wjonckheer@sjk.law | afiorilla@lowey.com |
| ascubert@sjk.law | rkesten@lowey.com |

*Counsel for Plaintiff Jane Doe and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC.<br><br>Defendant. | Case No.: 3:23-cv-00501-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Local Rule 3-12]** |

Before the Court is an administrative motion, pursuant to Civil Local Rules 3-12 and 7-11, to consider whether *Jane Doe v. GoodRx Holdings, Inc.*, No. 3:23-cv-00501 (N.D. Cal.), *John Doe v. GoodRx Holdings, Inc.*, 3:23-cv-00744 (N.D. Cal.), and *Marquez v. GoodRx Holdings, Inc.*, 5:23-00940 (N.D. Cal.) are related.

Having considered the motion, the Court finds that the criteria for related cases as set out in Civil Local Rule 3-12 are met.

Accordingly, IT IS HEREBY ORDERED that the Administrative Motion to Consider Whether Cases Should Be Related is GRANTED, and that Case Nos. 3:23-cv-00744 and 5:23-00940 are related to Case No. 3:23-cv-00501.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Laurel Beeler
United Stated Magistrate Judge
Northern District of California