GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   (415) 393-4622
Facsimile:   (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:   (213) 229-7311
Facsimile:   (213) 229-6311

COOLEY LLP
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

*Additional Attorneys in Signature Block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC., <br><br> Defendants. | Consolidated Case No. 3:23-cv-00501-AMO <br><br> This document relates to: All Actions <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO CONDUCT MEDIATION** <br><br> Complaint Filed: May 26, 2023 <br><br> Honorable Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and ADR Local Rule 6-5, plaintiffs Jane Doe, Jane Doe II, John Doe, E.C., Jose Marquez, and Hollis Wilson ("plaintiffs") and defendants GoodRx Holdings, Inc. ("GoodRx"), Criteo Corp. ("Criteo"), Meta Platforms, Inc. ("Meta"), and Google LLC ("Google") ("defendants" and collectively with plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court referred this case to court-sponsored mediation on April 28, 2023 (Dkt. 81);

WHEREAS, the Hon. Ellen S. James (Ret.) was appointed as mediator on May 9, 2023 (Dkt. 91);

WHEREAS, pursuant to ADR Local Rule 6-4, the mediation must be held within 90 days after the entry of the order referring the case to mediation;

WHEREAS, the Parties participated in a pre-mediation conference on May 22, 2023 (Harris Decl. ¶ 3);

WHEREAS, during the pre-mediation conference, the Parties and the mediator all agreed that mediation would be premature at this juncture, and that all would benefit from postponing mediation until after the anticipated motions to compel arbitration, motions to stay, and motions to dismiss are fully briefed and heard (*Id.*);

WHEREAS, in the Joint Initial Case Management Statement filed on May 31, 2023, the Parties jointly proposed September 14, 2023, for a hearing on the above-described motions (Dkt. 105);

WHEREAS, defendants GoodRx, Google, and Criteo filed their respective motions to compel arbitration and stay proceedings on June 9, 2023, and June 16, 2023, each noticing a hearing date for September 14, 2023 (Dkts. 107–109);

WHEREAS, defendant Meta Platforms, Inc. filed a motion to stay proceedings pending arbitration on June 16, 2023, noticing a hearing date for September 14, 2023 (Dkt. 110);

WHEREAS, the Parties have tentatively scheduled a check-in call with the mediator for September 21, 2023 (Harris Decl. ¶ 4);

WHEREAS, prior to consolidation, the parties previously stipulated to extensions of time to respond to the first complaint filed in this action (Dkts. 21 and 35);

1 WHEREAS, prior to consolidation, plaintiff John Doe and defendants previously stipulated to extensions of time to respond to the complaint filed in *John Doe v. GoodRx Holdings, Inc. et al.*, Case No. 4:23-cv-00744 (*John Doe* Dkts. 30 and 45);

WHEREAS, prior to consolidation and in light of the then-pending motion for consolidation, plaintiffs and defendants previously jointly stipulated to an extension of time to respond to the initial complaints in all five actions that were the subject of the then-pending motion for consolidation (*Jane Doe v. GoodRx Holdings, Inc.*, Case No. 3:23-cv-00501, Dkt. 72; *John Doe v. GoodRx Holdings, Inc. et al.*, Case No. 4:23-cv-00744, Dkt. 52; *Marquez v. GoodRx Holdings, Inc. et al.*, No. 3:23-cv-00940, Dkt. 17, *Wilson v. GoodRx Holdings, Inc. et al.*, Case No. 4:23-cv-01293, Dkt. 11; *E.C. v. GoodRx Holdings, Inc. et al.*, Case No. 3:23-cv-01508, Dkt. 14);

WHEREAS, this proposed stipulated extension of the deadline to conduct mediation will not alter the date of any other event or deadline already fixed by Court order; and

WHEREAS, good cause exists to extend the mediation deadline to allow for resolution of defendants' pending and forthcoming motions;

NOW, THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that: The deadline to conduct the court-sponsored mediation in this case shall be extended to 60 days after the Court issues its decision(s) on defendants' motions to compel arbitration, motions to stay, and motions to dismiss. All Parties concur with this request.

IT IS SO STIPULATED.

Dated: July 12, 2023            **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
       Lauren R. Goldman

LAUREN R. GOLDMAN
DARCY C. HARRIS
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com

ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-4622
Facsimile: (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone: (213) 229-7311
Facsimile: (213) 229-6311
akasabian@gibsondunn.com

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes

MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

**KIRKLAND & ELLIS LLP**

By: */s/ Alyssa C. Kalisky*

MICHAEL J. SHIPLEY (SBN 233674)
mshipley@kirkland.com
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

OLIVIA ADENDORFF (*pro hac vice*)
olivia.adendorff@kirkland.com
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1758
Facsimile: (214) 972-1771

MARTIN L. ROTH (*pro hac vice*)
martin.roth@kirkland.com

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO CONDUCT MEDIATION
CONSOLIDATED CASE NO. 3:23-CV-00501-AMO

ALYSSA C. KALISKY (*pro hac vice*)
alyssa.kalisky@kirkland.com
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant*
*GOODRX HOLDINGS, INC.*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Tenaya Rodewald*

TENAYA RODEWALD, SBN 248563
1540 El Camino Real, Suite 120
Menlo Park, CA 90425
Telephone: (650) 815.2600
Facsimile: (650) 815.2601
trodewald@sheppardmullin.com

SARAH BLITZ, SBN 280118
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
sblitz@sheppardmullin.com

*Attorneys for Defendant Criteo Corp.*

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Benedict Y. Hur*

BENEDICT Y. HUR (SBN 224018)
BHur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
SAgnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
ESantacana@willkie.com
TIFFANY LIN (SBN 321472)
TLin@willkie.com
YUHAN ALICE CHI (SBN 324072)
YChi@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.858.7400
Facsimile: 415.858.7599

*Attorneys for Defendant Google LLC*

**LOWEY DANNENBERG, P.C.**

By: */s/ Amanda Fiorilla*

CHRISTIAN LEVIS (*pro hac vice*)
AMANDA FIORILLA (*pro hac vice*)
RACHEL KESTEN (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Attorneys for Plaintiff Jane Doe, Plaintiff Jane Doe II & Proposed Co-Lead Counsel*

**BURSOR & FISHER, P.A.**

L. TIMOTHY FISHER (SBN 191626)
JENNA L. GAVENMAN (SBN 348510)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
E-mail: jgavenman@bursor.com

*Attorneys for Plaintiff Jose Marquez & Proposed Co-Lead Counsel*

**SCHUBERT JONCKHEER & KOLBE LLP**

ROBERT C. SCHUBERT #62684
WILLEM F. JONCKHEER #178748
AMBER L. SCHUBERT #278696
2001 Union Street, Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
aschubert@sjk.law

*Attorneys for Plaintiff Jane Doe & Proposed Liaison Counsel*

**JAVITCH LAW OFFICE**

MARK L. JAVITCH (SBN 323729)
mark@javitchlawoffice.com
3 East 3rd Ave., Suite 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

**ZIMMERMAN LAW OFFICES, P.C.**

THOMAS A. ZIMMERMAN, JR. (*pro hac vice*)
tom@attorneyzim.com
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180

*Attorneys for Plaintiff John Doe & Proposed Executive Committee Member*

**ISRAEL DAVID LLC**

ISRAEL DAVID (*pro hac vice*)
israel.david@davidllc.com
BLAKE HUNTER YAGMAN (*pro hac vice*)
blake.yagman@davidllc.com
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622
Facsimile: (212) 739-0628

*Attorneys for Plaintiff E.C. & Proposed Executive Committee Member*

**MOYA LAW FIRM**
REBECCA M. HOBERG
rhoberg@moyalawfirm.com
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 926-6521

*Local Counsel for Plaintiff E.C.*

**SHUB LAW FIRM LLC**

JONATHAN SHUB #237708
BENJAMIN F. JOHNS (*pro hac vice* forthcoming)
SAMANTHA E. HOLBROOK (*pro hac vice* forthcoming)
134 Kings Highway E
Haddonfield, NJ 08033

1
2
3
4
5

Telephone: (856) 772-7200
Facsimile: (856) 210-9088
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Counsel for Plaintiff Hollis Wilson & Proposed Executive Committee Member*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 12, 2023            GIBSON, DUNN & CRUTCHER LLP

                                By:  */s/ Lauren R. Goldman*
                                     Lauren R. Goldman

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The deadline to conduct court-sponsored mediation in this case shall be extended to 60 days after the Court issues its decision(s) on defendants' motions to compel arbitration, motions to stay, and motions to dismiss.

ENTERED: July 13, 2023

_____
Honorable Araceli Martínez-Olguín
United States District Court Judge