UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE,<br><br>Plaintiff(s),<br><br>v.<br><br>GOODRX HOLDINGS, INC.,<br><br>Defendant(s). | Case No. 3:23-cv-00501<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Charles Glover, an active member in good standing of the bar of New York, App. Div. 2nd Dept, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant, Criteo Corp in the above-entitled action. My local co-counsel in this case is Tenaya Rodewald, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 248563.

| | |
|---|---|
| Sheppard, Mullin, Richter & Hampton LLP<br>30 Rockefeller Plaza, Floor 24<br>New York, NY 10112-0015 | Sheppard, Mullin, Richter & Hampton LLP<br>1540 El Camino Real, Suite 120<br>Menlo Park, CA, 94025 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 653-8700 | (650) 815-2600 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| cglover@sheppardmullin.com | trodewald@sheppardmullin.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5329909.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2023

Charles Glover
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Charles Glover is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 11, 2023

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE