**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
  esantacana@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
YUHAN ALICE CHI (SBN 324072)
  ychi@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400

Attorneys for Defendant
**GOOGLE LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC,<br><br>Defendants. | Case Nos. 3:23-cv-00501-AMO<br><br>**DEFENDANT GOOGLE LLC'S REPLY TO DEFENDANT GOODRX HOLDINGS, INC.'S RESPONSE TO ORDER TO SHOW CAUSE WHY GOODRX HOLDINGS, INC. SHOULD NOT BE SANCTIONED**<br><br>**Date:   November 14, 2023**<br>**Time:  2:30 pm**<br>**Ctrm:  5, 2nd Floor**<br>            **Hon. Araceli Martínez-Olguín** |

Defendant Google LLC ("Google") submits this Reply to Defendant GoodRx Holdings, Inc.'s ("GoodRx") response to the Court's November 1, 2023 Order to Show Cause Why GoodRx Holdings, Inc. Should Not Be Sanctioned ("Order"). The Order pertains to a nationwide class settlement and preliminary approval of settlement in *Hodges v. GoodRx Holdings, Inc.*, Case No. 1:23-cv-24127 (S.D. Fla.) (the "*Hodges* Action"), which contains substantially similar allegations to those in the above-captioned matter.

Google takes no position on GoodRx's response to the Order. Google was not aware of the *Hodges* Action until after it was filed on October 27, 2023—only three business days before the Court issued its Order. Additionally, Google is not named as a defendant in the *Hodges* Action, nor has Google been involved in any of the settlement discussions occurring in connection with the *Hodges* Action.

Respectfully submitted,

Dated: November 10, 2023           **WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Benedict Y. Hur*
      Benedict Y. Hur
      Simona A. Agnolucci
      Eduardo E. Santacana
      Tiffany Lin
      Yuhan Alice Chi

      *Attorneys for Defendant*
      *Google LLC*

---

DEFENDANT GOOGLE LLC'S REPLY TO DEFENDANT GOODRX HOLDINGS, INC.'S RESPONSE TO ORDER TO SHOW CAUSE WHY GOODRX HOLDINGS, INC. SHOULD NOT BE SANCTIONED
Case No. 3:23-cv-00501-AMO
- 1 -

**CERTIFICATE OF SERVICE**

On November 10, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Benedict Y. Hur*
　　　　　　　　　　　　　　　　　　　　　　　　Benedict Y. Hur