SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations

TENAYA RODEWALD, Cal. Bar No. 248563
1540 El Camino Real Suite 120
Menlo Park, California 94025-4111
Telephone: 650.815.2600
Facsimile: 650.815.2601
Email: trodewald@sheppardmullin.com

SARAH A. K. BLITZ, Cal. Bar No. 280118
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email: sblitz@sheppardmullin.com

CHARLES GLOVER, *pro hac vice*
30 Rockefeller Plaza, Floor 24
New York, NY 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701
Email: cglover@sheppardmullin.com

Attorneys for Defendant CRITEO CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC.,<br><br>Defendants. | Case No. 3:23-cv-00501-AMO<br><br>**DEFENDANT CRITEO CORP.'S REPLY TO DEFENDANT GOODRX HOLDINGS, INC.'S RESPONSE TO ORDER TO SHOW CAUSE WHY GOODRX HOLDINGS, INC. SHOULD NOT BE SANCTIONED**<br><br>Date: November 14, 2023<br>Time: 2:30 pm<br>Ctrm: 5, 2nd Floor, Oakland<br>Judge: Hon. Araceli Martínez-Olguín<br><br>Consolidated Complaint Filed: May 26, 2023 |

Defendant Criteo Corp. ("Criteo") submits this reply with respect to the Court's Order to Show Cause Why GoodRx Holdings, Inc. Should Not Be Sanctioned (ECF No. 152) (the "OSC Order") and Defendant GoodRx Holdings, Inc.'s ("GoodRx's") response to the OSC Order.

Criteo takes no position on GoodRx's response to the OSC Order. Criteo was not aware of the action *Hodges v. GoodRx Holdings, Inc.*, Case No. 1:23-cv-24127 (S.D. Fla.) until October 27, 2023, the date it was filed and three business days before the Court issued the OSC Order. Criteo is not a defendant in *Hodges*, and Criteo was not involved in any of the settlement discussions in connection with *Hodges*.

Dated: November 10, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Tenaya Rodewald*

TENAYA RODEWALD
SARAH A. K. BLITZ
CHARLES GLOVER
Attorneys for Defendant CRITEO CORP.