Michael J. Shipley (SBN 233674)
mshipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Olivia Adendorff (admitted *pro hac vice*)
olivia.adendorff@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX  74205
Telephone:     (214) 972-1758
Facsimile:     (214) 972-1771

Martin L. Roth (admitted *pro hac vice*)
martin.roth@kirkland.com
Alyssa C. Kalisky (admitted *pro hac vice*)
alyssa.kalisky@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Attorneys for Defendant*
*GoodRx Holdings, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC,<br><br>　　　　　Defendants. | CASE NO. 3:23-CV-00501-AMO<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT GOODRX HOLDINGS, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER ENJOINING DEFENDANT GOODRX**<br><br>Judge:　　　Honorable Araceli Martínez-Olguín |

Before the Court is Defendant GoodRx Holdings, Inc.'s Administrative Motion for Leave to File the Supplemental Declaration of Martin L. Roth in Support of Defendant GoodRx Holdings, Inc.'s Opposition to Plaintiffs' Motion for Order Enjoining Defendant GoodRx (the "Motion").  Having considered all papers filed in support of and in opposition to the Motion, and for good cause showing, the Court rules as follows:

The Motion is **GRANTED**, and the Court hereby grants GoodRx Holdings, Inc. leave to file its Supplemental Declaration of Martin L. Roth in Support of Defendant GoodRx Holdings, Inc.'s Opposition to Plaintiffs' Motion for Order Enjoining Defendant GoodRx as attached to the Motion.

**IT IS SO ORDERED.**

Date: November 22, 2023            By: _____
                                    HON. ARACELI MARTÍNEZ-OLGUÍN
                                    United States District Judge

1

[Proposed] Order Granting GoodRx's Administrative Motion for Leave to File Supplemental Declaration in Support of Opposition to Plaintiffs' Motion for Order Enjoining GoodRx – case no. 3:23-cv-00501-AMO