L. Timothy Fisher (SBN 191626)
Neal J. Deckant (SBN 322946)
Jenna L. Gavenman (SBN 348510)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com
ndeckant@bursor.com
jgavenman@bursor.com

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
Rachel Kesten (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Additional Counsel for Plaintiffs on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC.<br><br>Defendants. | Lead Case No.: 3:23-cv-00501-AMO<br><br>**DECLARATION OF CHRISTIAN LEVIS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>CONSOLIDATED CLASS ACTION<br><br>COMPLAINT FILED: February 2, 2023<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Date: March 28, 2024<br>Time: 2:00 PM<br>Courtroom: 10 |

I, Christian Levis, declare:

1. I am an attorney in good standing admitted *pro hac vice* before the Court for this action. I am a partner at Lowey Dannenberg, P.C., and represent the Plaintiffs as Interim Co-Lead Class Counsel in *Doe v. GoodRx Holdings, Inc.*, No. 3:23-cv-00501-AMO (N.D. Cal.). I have personal knowledge of the facts contained herein and if called as a witness would and could testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion for Leave to File Sur-Reply (the "Motion").

3. On November 22, 2023, Defendant Meta Platforms, Inc. ("Meta") filed a Motion to Sever Claims Against Defendant Meta Platforms, Inc. *See* ECF No. 175 ("Motion to Sever").

4. On January 5, 2024, Plaintiffs filed their Opposition to Meta's Motion to Sever. *See* ECF No. 188 ("Opposition").

5. On January 19, 2024, Meta filed its Reply in Support of its Motion to Sever. *See* ECF No. 190 ("Reply"). In its Reply, Meta references the January 17, 2024 decision by Judge Orrick in the matter *Doe v. FullStory, Inc.*, No. 3:23-cv-00059-WHO, ECF No. 117 (N.D. Cal. Jan. 17, 2024).

6. Because this decision was not available at the time Plaintiffs filed their Opposition, Plaintiffs seek to file a sur-reply to address this recent decision and Meta's arguments related thereto.

7. On January 22, 2024, Plaintiffs' counsel contacted counsel for Meta via email seeking a stipulation to Plaintiffs' filing of a sur-reply.

8. On January 25, 2024, counsel for Meta stated they would not oppose, but also would not stipulate to, Plaintiffs filing a sur-reply. For this reason, a stipulation could not be obtained for the relief requested in Plaintiffs' Motion.

9. Plaintiffs' proposed sur-reply is attached to this declaration as **Exhibit A**.

10. A true and correct copy of Judge Orrick's January 17, 2024 decision in *Doe v. FullStory, Inc.*, No. 3:23-cv-00059-WHO, ECF No. 117 (N.D. Cal. Jan. 17, 2024) is attached to this declaration as **Exhibit B**.

11. A true and correct copy of the hearing transcript for the proceeding before Judge Orrick in *Doe v. FullStory, Inc.*, No. 3:23-cv-00059-WHO, ECF No. 117 (N.D. Cal. Jan. 17, 2024) on January 17, 2024 is attached as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on January 26, 2024, in White Plains, New York.

Dated: January 26, 2024                         */s/ Christian Levis*
                                                Christian Levis