**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC.<br><br>Defendants. | Lead Case No.: 3:23-cv-00501-AMO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>CONSOLIDATED CLASS ACTION<br><br>COMPLAINT FILED: February 2, 2023<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Date: March 28, 2024<br>Time: 2:00 PM<br>Courtroom: 10 |

The Court, having considered Plaintiffs' Administrative Motion for Leave to File Sur-Reply, and all other papers submitted in response thereto, hereby GRANTS Plaintiffs' leave to file a Sur-Reply.

**IT IS SO ORDERED.**

Dated: _____     _____
                              HONORABLE ARACELI MARTÍNEZ-OLGUÍN
                              UNITED STATES DISTRICT COURT JUDGE