L. Timothy Fisher (SBN 191626)
Jenna L. Gavenman (SBN 348510)
Neal J. Deckant (SBN 322946)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com
ndeckant@bursor.com
jgavenman@bursor.com

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
Rachel Kesten (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Additional Counsel for Plaintiffs on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC.

Defendants.

Lead Case No.: 3:23-cv-00501-AMO

**PLAINTIFFS' SUR-REPLY IN OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S MOTION TO SEVER**

CONSOLIDATED CLASS ACTION

COMPLAINT FILED: February 2, 2023

Judge: Hon. Araceli Martínez-Olguín
Date: March 28, 2024
Time: 2:00 PM
Courtroom: 10

## I. INTRODUCTION

Plaintiffs Jane Doe, Jane Doe II, John Doe, E.C., Jose Marquez, and Hollis Wilson submit this Sur-Reply to address Judge Orrick's January 17, 2024 Order in *Doe v. FullStory, Inc.*, No. 3:23-cv-00059-WHO, (N.D. Cal.) (the "*Favor* Action"), ECF No. 117 (the "January 17, 2024 Order"), as well as Meta Platform, Inc.'s ("Meta") new argument relating to that recent decision. As described herein, Judge Orrick's January 17, 2024 Order in the *Favor* Action forecloses the relief Meta seeks here.

## II. ARGUMENT

As described in Plaintiffs' Opposition to Meta's Motion to Sever, like here, Meta previously moved to sever the claims against it in the *Favor* Action to have them consolidated with *In re Meta Pixel Healthcare Litigation*, No. 3:22-cv-3580-WHO (N.D. Cal. June 17, 2022) ("*Meta Healthcare*"). *See* ECF No. 188 at 3-4.

Judge Orrick—who presides over the *Meta Healthcare* action—denied Meta's initial attempt to sever the claims in the *Favor* Action in May 2023. *See Favor* Action, ECF No. 75. Judge Orrick explained the *Favor* Action—which he referred to as a "telemed" case—is "different" from the *Meta Healthcare* case, which focuses on healthcare provider's patient portals and related online webpages. *See Favor* Action, Transcript of Hearing on May 16, 2023 ("May 16, 2023 Hr'g Tr."), ECF No. 78, at 6:14-17. Judge Orrick reiterated the same in his subsequent written order, explaining the *Favor* Action concerns "five different defendants" and their "capture and use of personal healthcare information" primarily through a singular "mobile application[]" (i.e., the Hey Favor platform) whereas *Meta Healthcare* "primarily" concerns Meta's collection of separate healthcare information "through patient portals and related webpages on websites." *Favor* Action, ECF No. 75 at 1. Notably, Judge Orrick expressly acknowledged the *Meta Healthcare* complaint was "broad[]" but that these allegations did not make severance "appropriate" or "even desirable." *Id.* at 2.

Undeterred, Meta again moved to sever the claims in the *Favor* Action on November 22, 2023—the same day it filed its Motion to Sever in this action. *See Favor* Action, ECF No. 107. On January 17, 2024, Judge Orrick ***denied*** Meta's repeat motion to sever the claims in the *Favor* Action

after just eight minutes on the record. *See* January 17, 2024 Order at 1 ("The claims against Meta [in the *Favor* Action] will continue in [that] case along with the claims against the other defendants."). In doing so, Judge Orrick "remind[ed] . . . counsel" that the "scope of" the *Meta Healthcare* case is how the court "determine[d] it" back in May 2023, "not [how] . . . [counsel] determine[s] it." *Favor* Action, Transcript of Hearing on January 17, 2024 ("January 17, 2024 Hr'g Tr."), ECF No. 119 at 25:6-8.

Accordingly, the relief Meta seeks—which is to obtain severance so the claims against it in this case can be "consolidated and litigated together with" the *Meta Healthcare* action—is now foreclosed. Meta's Reply in Support of Motion to Sever ("Reply"), ECF No. 190 at 1. Judge Orrick's January 17, 2024 Order confirms he intends to "forge ahead" in the *Meta Healthcare* action with the "lines" he previously "laid . . out" in May 2023 (January 17, 2024 Hr'g Tr. at 25:23-26:3), i.e., without roping in "telemed" cases like *Favor* and the present action.

Meta glosses over that this decision dooms its Motion. Meta *now* claims that the *Favor* Action "present[ed] unique circumstances" making consolidation improper there, but not here. Reply at 3. But the only "unique circumstance" Meta can conjure up is one allegation in the *Meta Healthcare* amended complaint that expressly "exclude[d]" the *Favor* Action. *Id.* (claiming the *Favor* Action is different because the "Healthcare CAC . . . excludes . . . Hey Favor").

This does not make the *Favor* Action "unique."[1] Far from it, counsel for plaintiffs in the *Meta Healthcare* case explained this allegation was added solely to avoid running afoul of the Court's earlier May 2023 order. *See* January 17, 2024 Hr'g Tr. at 27:1-4 (counsel for *Meta Healthcare* plaintiffs explaining "obviously we did not plead Hey Favor in the case because we understood Your Honor's order."). And in any event, Judge Orrick has already made clear ***twice now*** that counsel's artful pleading is not the basis for his rulings. *See Favor* Action, ECF No. 75 at 1 (acknowledging that the *Meta Healthcare* complaint is broad but still denying severance); January

---

[1] Meta took the opposite position in its reply in support of its Motion to Strike in the *Favor* Action, claiming this sole allegation was irrelevant to its motion because "the Consolidated Healthcare Action plaintiffs have informed the Court that the exclusion was meant only to track the Court's earlier orders." *See Favor* Action, ECF No. 111 at 1.

17, 2024 Hr'g Tr. at 25:6-8 (denying severance and "remind[ing] . . . counsel" that "***the scope of this case is going to be as I determine it and it's not going to be you guys determining it***.") (emphasis added).

## III. CONCLUSION

Because Judge Orrick's January 17, 2024 Order forecloses the relief Meta seeks, this Court should deny Meta's Motion to Sever.

Dated: February 29, 2024

*/s/ Christian Levis*
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
Rachel Kesten (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Interim Co-Lead Counsel*

L. Timothy Fisher (SBN 191626)
Neal J. Deckant (SBN 322946)
Jenna L. Gavenman (SBN 348510)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com
ndeckant@bursor.com
jgavenman@bursor.com

*Interim Co-Lead Counsel*

Robert C. Schubert #62684
Willem F. Jonckheer #178748
Amber L. Schubert #278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220

Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
ascubert@sjk.law

Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
**JAVITCH LAW OFFICE**
3 East 3rd Ave., Suite 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

Thomas A. Zimmerman, Jr. (*pro hac vice)*
tom@attorneyzim.com
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180

Israel David (*pro hac vice)*
israel.david@davidllc.com
Blake Hunter Yagman (*pro hac vice)*
blake.yagman@davidllc.com
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622
Facsimile: (212) 739-0628

Rebecca M. Hoberg
rhoberg@moyalawfirm.com
**MOYA LAW FIRM**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 926-6521

Jonathan Shub #237708
Benjamin F. Johns (*pro hac vice* forthcoming)
Samantha E. Holbrook (*pro hac vice* forthcoming)
**SHUB LAW FIRM LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com