UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC.,<br><br>Defendants. | Case No. 3:23-cv-00501-AMO<br>The Hon. Araceli Martínez-Olguín<br><br>[PROPOSED] ORDER GRANTING THE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL CHARLES L. GLOVER AS COUNSEL OF RECORD FOR DEFENDANT CRITEO CORP.<br><br>Consolidated Complaint Filed: May 26, 2023 |

IT IS HEREBY ORDERED that the request for withdrawal of *pro hac vice* counsel Charles L. Glover as counsel of record for Defendant CRITEO CORP. is GRANTED.

IT IS FURTHER ORDERED that Mr. Glover's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to cglover@sheppardmullin.com, and that Mr. Glover's name be removed from any applicable service lists.

**IT IS SO ORDERED:**

Dated: May 13, 2024       By: _____
                              Hon. Araceli Martínez-Olguín, U.S.D.J.