# EXHIBIT 3

**CHART OF SELECTED COMPARABLE CASE OUTCOMES**

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| *Brown, et al. v. Google LLC*, 4:20-cv-03664 (N.D. Cal) <br><br>*final approval pending* | Claims: Federal Wiretap Act; CIPA §§ 631 and 632; California's Comprehensive Computer Data Access and Fraud Act; Invasion of privacy under California Constitution; California common law intrusion upon seclusion; Breach of contract; UCL. <br><br>Nature of Suit: Alleging Google, LLC ("Google") improperly collected browsing data from users in private browsing mode | Size: 136M <br>Notice: CAFA | Common Fund: N/A <br><br>Injunctive Relief: Updated disclosures, deletion of browsing data, and cease collection of third-party cookies when a user is in private browsing mode. <br><br>Does not release claims for individual class members damages. | N/A | Fees: $217.6M <br><br>Expenses: $7.6M <br><br>Service Award: $30,000 (for each of the 5 plaintiffs) <br>Admin Cost: N/A | Unknown |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| *In re Advocate Aurora Health Pixel Litig.*, No. 22-CV-1253 (E.D. Wis.) | Claims: Common law intrusion upon seclusion; common law publication of private facts; Unjust enrichment; Breach of implied contract; Breach of confidence; Electronic Communications Privacy Act; Wisconsin's Confidentiality of Patient Health Care Records Act; Wisconsin Deceptive Trade Practices Act; Illinois Stat. § 410 ILCS 50; Illinois Consumer Fraud and Deceptive Business Practices Act; Illinois Uniform | Size: 2.5M<br><br>Notice: CAFA, mail, email, website | Common Fund: $12.225M | Claims rate: 22.6% (565,000 class member Payment: $11.64 | Fees: $2.82M (30% of Net Settlement Fund)<br><br>Expenses: $23,356.02<br><br>Service Award: $3,500 (for each of the 10 plaintiffs)<br>Admin Cost: $2.75M | Unknown |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| | Deceptive Trade Practices Act. Nature of Suit: Alleging Advocate Aurora Health, Inc. disclosed its users' protected health information to third parties such as Meta/Facebook and Google through tracking pixels. | | | | | |
| *In re Novant Health, Inc.*, No. 22-CV-697 (M.D.N.C.) | Claims: Common law invasion of privacy; North Carolina's Unfair & Deceptive Trade Practices Act; Unjust enrichment; Breach of | Size: 1.36M Notice: CAFA, email, postcard, website, toll-free help line and dedicated email address for questions. | Common Fund: $6.66M | Claims Rate: 11.7% Payment: $24.67 | Fees: $2.22M Expenses: $18,134.70 Service Awards: $2,500 (for each of the 10 plaintiffs) | Unknown |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| | implied, Electronic Communications Privacy Act; Computer Fraud and Abuse Act; Breach of confidence.<br><br>Nature of Suit: Alleging Novant Health, Inc. used tracking pixel to disclose certain personal or health related information to a third-party vendor. | | | | Admin Cost: $602,000 (anticipated) | |
| *Vela v. AMC Networks, Inc.*, No. 1:23-cv-02524-ALC (S.D.N.Y) | Claims: violation of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710<br><br>Nature of Suit: Alleging AMC Networks, Inc., | Size: 7.36M<br><br>Notice: CAFA, Email, settlement website, toll-free help line | Common Fund: $8.3M<br><br>In Kind Relief: provision of one-week digital subscription to AMC+ streaming service (estimated value of $2.25 per | Claims Rate: 7.6%<br><br>Avg. Class Payment: $9 | Fees: $2,766,666<br><br>Expenses: $25,127.80<br><br>Service Award: $2,000 (for each of the 9 plaintiffs) | Unknown |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| | disclosed users video views and personally identifiable information through tracking technology (including those from Meta and Google) installed on its websites and apps. | | settlement class member)<br><br>Injunctive Relief: suspend, remove, or modify operation of the Meta Pixel and other tracking technologies to prevent the disclosure of users' information to third-party technology companies without consent. | | | |
| *Fiorentino v. Flosports, Inc.,* No. 1:22-cv-11502-AK (D. Mass.) | Claims: VPPA<br><br>Nature of Suit: Alleging FloSports disclosed its subscribers personally identifiable information and the title and URL of the video that user viewed to Meta through the | Size: 784,760<br><br>Notice: CAFA, Email, website, digital notice advertising | Common Fund: $2.625M<br><br>Injunctive Relief: FloSports to suspend operation of the Facebook Tracking Pixel on any pages of its website that include video content and have a URL that identifies the video content viewed | Claims Rate: 3.3%<br><br>Avg. Class Payment: $85.00 | Fees & Expenses: $875,000 (aggregated together)<br><br>Service Award: $2,000 (for one plaintiff) | Unknown |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| | Facebook Pixel installed on its website. | | | | | |
| *Kurowski et al v. Rush System for Health*, 1:22-CV-05380 (N.D. Ill.) *\* final approval pending* | Claims: Electronic Communications Privacy Act ("ECPA"), 28 U.S.C. § 1292(b); Illinois Eavesdropping Statute, 720 ILCS § 5/14-1<br><br>Nature of the Suit: Rush System for Health disclosed its patients personally identifiable health information to third parties through third party tracking technologies, including Facebook Pixel, it | Size: 500,000<br><br>Notice: CAFA | Common Fund: N/A<br><br>Injunctive Relief: remove any tracking technologies from its website and patient portal that caused HIPAA-protected personal information to be transmitted to third parties, including Facebook, Google, Amazon, TikTok, and others. | N/A | Fees Requested: $2.8M<br><br>Expenses Requested: $20,000<br><br>Service Award Requested: $15,000 (for each of the 2 plaintiffs) | Unknown |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| | installed on its website and patient portal. | | | | | |
| *In re Facebook, Inc. Consumer Privacy User Profile Litig.*, 18-md-2843 (N.D. Cal.)<br><br>* appeal pending | Claims: contract-related claims; Video Privacy Protection Act, Stored Communications Act, negligence, deceit-by-concealment, privacy torts, and other deprioritized claims<br><br>Nature of the Suit: unauthorized use and disclosure of Facebook user data | Size: ~253M<br><br>Notice: in-app notice, banner and social media advertising, paid Google campaign, published notice (reaching 93% of target audience) | Common Fund: $725M<br><br>Injunctive Relief: confirmation that data-sharing practices have ceased and/or that defendant was complying with 2020 FTC consent decree, as well as confirmatory discovery | Claims Rate: approx. 5.2%<br><br>Estimated Avg. Payment: approx. $40 per person | Fees: $181.25M<br><br>Expenses: $4.1M<br><br>Service Award: $15,000 (for each of 8 plaintiffs)<br><br>Admin. Costs: Estimated between $3.5M and $4.2M | Unknown |
| *Facebook, Inc. Internet Tracking Litig.*, 5:12-md-2314 (N.D. Cal.) | Claims: Stored Communications Act; breach of contract; implied covenant of good faith and fair | Size: 124M<br><br>Notice: email notice, social media, paid search (reaching | Common Fund: $90M<br><br>Injunctive Relief: sequester and delete data | Claims Rate: approx. 2%<br><br>Avg. Payment: $39.21 | Fees: $26.1M<br><br>Expenses: $393k<br><br>Service Award: $5,000 (for each | Conservative estimate of $900M |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| * appeal pending | dealing (claims remaining post-appeal) Nature of the Suit: unauthorized tracking through cookies on non-Facebook web properties | 99% of Class Members) | | | of the 4 federal court plaintiffs) and $3,000 (for each of the 3 state court plaintiffs) Admin. Costs: $1.6M (incurred at date of final approval) w/ $697.7k in future expenses anticipated | |
| *TikTok, Inc. Consumer Privacy Litig.*, 1:20-cv-04699 (N.D. Ill.) | Claims: Illinois Biometric Information Privacy Act; Computer Fraud and Abuse Act; California Comprehensive Data Access and Fraud Act, California Constitutional Right to Privacy, California Unfair Competition and | Size: 81M Notice: email notice, media campaign, social media, paid search, direct message in-app | Common Fund: $92M Injunctive Relief: Cease collection of biometric information and other data absent consent, among other data collection restrictions | Claims Rate: 1.4% for nationwide class; 13% for Illinois Subclass (over 1.2M claims total) Est. Payment: $27.19 for nationwide class; $163.13 for Illinois Subclass | Fees: $29.3M Expenses: $789.9K Service Award: $2,500 (for each of the 35 plaintiffs) Est. Admin. Costs: $3.3M | Unknown |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| | False advertising laws, Video Privacy Protection Act, Intrusion Upon Seclusion, Unjust Enrichment /Restitution<br><br>Nature of the Suit: Unauthorized collection of biometric data without consent | | | | | |
| *Opperman et al v. Kong Technologies, Inc.*, 3:13-cv-00453 (N.D. Cal.) | Claims: Intrusion upon seclusion, Conversion, California's False and Misleading Advertising Law, California's Consumer Legal Remedies Act, Deceit, UCL.<br><br>Nature of Suit: Apple's unauthorized | Size: 1.9M<br><br>Notice: website, toll-free number, email | Common Fund: $5.3M | Claims Rate: 4.3%<br><br>Avg. Payment: $10.7-$39 | Fee: $1.59M<br><br>Expenses: $150K<br><br>Service Award: $5,000 or $7,500 ($7,500 for 4 plaintiffs and $5,000 for 9 plaintiffs) | Unknown |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| | collection of contact information on iDevices. | | | | | |
| *In re Vizio, Inc., Consumer Priv. Litig.*, No. 8:16-ml-02693 (C.D. Cal.) | Claims: Video Privacy Protection Act, Wiretap Act, California's Invasion of Privacy Act, California's Consumer Legal Remedies Act, UCL, Florida's Deceptive And Unfair Trade Practices Act, GBL § 349, Massachusetts' Unfair and Deceptive Trade Practices Statute, Massachusetts' Statutory Right to Privacy, Washington's Consumer Protection Act, | Size: 16M  Notice: notice displayed on Vizio Smart TVs, email, advertisement, press release. | Common Fund: $17M  Injunctive Relief: deletion of class members' data collected and implementation of prominent disclosures | Claims Rate: 4.1%  Est. Payment: $16.50 per claimed Smart TV | Fee: $5.61M  Expenses: $181,808.59  Admin Cost: $122,830.65 | Approximately $77M |

| Case | Claims Released/ Nature of Suit | Class Size & Notice Method | Recovery/Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| | Unjust Enrichment, Intrusion upon seclusion, Fraud. Nature of Suit: Vizio's unauthorized collection of users' viewing history and preference data. | | | | | |