UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOODRX HOLDINGS, INC. et al., <br><br> Defendant. | Case No. 3:23-cv-00501-AMO <br><br> **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |

On behalf of (party name) GOOGLE LLC, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Cooley LLP - Benedict Hur, Simona Agnolucci, Eduardo Santacana, Tiffany Lin, Alice Chi

Name(s) of counsel withdrawing from representation and firm name:
Willkie Farr & Gallagher LLP - Naiara Toker and Alexis Dorner. Additionally, the counsel listed above are no longer associated with Willkie Farr & Gallagher LLP.

Date: June 23, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____

                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE