COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA D. ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
YUHAN ALICE CHI (324072)
(achi@cooley.com)
JINYOUNG LEE (359885)
(jinyoung.lee@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC,<br><br>Defendants. | Case No. 3:23-cv-00501-AMO<br><br>**ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Complaint Filed: February 2, 2023<br><br>Judge: Hon. Araceli Martínez-Olguín |

Defendant Google LLC ("Google") hereby answers the Consolidated Class Action Complaint ("Complaint") filed on May 26, 2023, by Plaintiffs Jane Doe, Jane Doe II, John Doe, E.C., Jose Marquez, and Hollis Wilson ("Plaintiffs"), according to its numbered paragraphs as follows below. Except as expressly admitted herein, Google denies all allegations in the Complaint. Any admission herein is limited to the express language of the response, and shall not be deemed an implied admission of additional facts.

## SUMMARY OF ALLEGATIONS

1. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and on that basis denies them.

2. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and on that basis denies them.

3. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and on that basis denies them.

4. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and on that basis denies them.

5. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and on that basis denies them.

6. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and on that basis denies them.

7. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and on that basis denies them.

8. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and on that basis denies them.

9. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and on that basis denies them.

10. Paragraph 10 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and on that

basis denies them.

11. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and on that basis denies them.

12. Google states that GoodRx's privacy policies speak for themselves, and therefore no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and on that basis denies them.

13. Google states that GoodRx's privacy policies speak for themselves, and therefore no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and on that basis denies them.

14. Google states that GoodRx's privacy policies speak for themselves, and therefore no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and on that basis denies them.

15. Google admits that Paragraph 15 purports to cite to unidentified documents. To the extent Paragraph 15 purports to cite to GoodRx's privacy policies, Google states that GoodRx's privacy policies speak for themselves. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and on that basis denies them.

16. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and on that basis denies them.

17. Google denies that it obtained Plaintiffs' PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 17 and on that basis denies them.

18. Google admits that GoodRx is a developer who used Google's analytics services. Google denies that it obtained Plaintiffs' PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 18 and on that basis denies them.

19. Google denies that it obtained Plaintiffs' PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 and on that basis denies them.

20. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and on that basis denies them.

21. Paragraph 21 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 21.

## PARTIES

### A. Plaintiffs

22. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and on that basis denies them.

23. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and on that basis denies them.

24. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and on that basis denies them.

25. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis denies them.

26. Google denies that it obtained Plaintiff Jane Doe's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26 and on that basis denies them.

27. Google denies that it obtained Plaintiff Jane Doe's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 27 and on that basis denies them.

28. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and on that basis denies them.

29. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and on that basis denies them.

30. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and on that basis denies them.

31. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and on that basis denies them.

32. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and on that basis denies them.

33. Google denies that it obtained Plaintiff Jane Doe II's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 33 and on that basis denies them.

34. Google denies that it obtained Plaintiff Jane Doe II's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 34 and on that basis denies them.

35. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and on that basis denies them.

36. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and on that basis denies them.

37. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and on that basis denies them.

38. Google denies that it obtained Plaintiff John Doe's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 38 and on that basis denies them.

39. Google denies that it obtained Plaintiff John Doe's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 39 and on that basis denies them.

40. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and on that basis denies them.

41. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and on that basis denies them.

42. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and on that basis denies them.

43. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and on that basis denies them.

44. Google denies that it obtained Plaintiff E.C.'s PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 44 and on that basis denies them.

45. Google denies that it obtained Plaintiff E.C.'s PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45 and on that basis denies them.

46. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and on that basis denies them.

47. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and on that basis denies them.

48. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and on that basis denies them.

49. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and on that basis denies them.

50. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and on that basis denies them.

51. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and on that basis denies them.

52. Google denies that it obtained Plaintiff Marquez's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 52 and on that basis denies them.

53. Google denies that it obtained Plaintiff Marquez's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 53 and on that basis denies them.

54. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and on that basis denies them.

55. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and on that basis denies them.

56. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and on that basis denies them.

57. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and on that basis denies them.

58. Google denies that it obtained Plaintiff Wilson's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 58 and on that basis denies them.

59. Google denies that it obtained Plaintiff Wilson's PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 59 and on that basis denies them.

**B. Defendants**

60. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and on that basis denies them.

61. Google admits that GoodRx is a developer who used Google's analytics services, and that developers must intentionally incorporate Google Analytics code into their websites and apps to use Google's analytics services. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 61 and on that basis denies them.

62. Google admits that it provides analytics and advertising services. Google denies all remaining allegations in Paragraph 62. To the extent the allegations in Paragraph 62 relate to other defendants, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and on that basis denies them.

63. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and on that basis denies them.

64. Google lacks knowledge and information sufficient to form a belief as to the truth

of the allegations in Paragraph 64 and on that basis denies them.

65. Google admits that GoodRx is a developer who used Google's analytics services. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 65 and on that basis denies them.

66. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and on that basis denies them.

67. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and on that basis denies them.

68. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 68 and on that basis denies them.

69. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and on that basis denies them.

70. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and on that basis denies them.

71. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 71 and on that basis denies them.

72. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 72 and on that basis denies them.

73. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 73 and on that basis denies them.

74. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 74 and on that basis denies them.

75. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and on that basis denies them.

76. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 76 and on that basis denies them.

77. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and on that basis denies them.

78. Google admits that it is a Delaware limited liability company with its principal place of business in Mountain View, California.

79. Paragraph 79 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that it offers analytics and advertising services. Google admits that it offers Google Analytics, which websites and apps can use by incorporating the Google Analytics tag or SDK. Google denies all remaining allegations in Paragraph 79.

80. Google admits that GoodRx is a developer who used Google's analytics services. Google denies all remaining allegations in Paragraph 80.

81. Google states that the news article cited by Paragraph 81 speaks for itself. Google denies all remaining allegations in Paragraph 81.

82. Google states that the news article cited by Paragraph 82 speaks for itself. Google admits that it offers analytics and advertising services and has policies and technological barriers in place to restrict personalized advertising under certain circumstances. Google denies all remaining allegations in Paragraph 82.

83. Google admits that it offers analytics services that developers can choose to incorporate into their platform. Google also admits that GoodRx is a developer who used Google's analytics services. Google denies all remaining allegations in Paragraph 83.

84. Paragraph 84 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that it offers analytics services that developers can choose to incorporate into their platform. Google also admits that GoodRx is a developer who used Google's analytics services. Google denies all remaining allegations in Paragraph 84.

85. Paragraph 85 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 85.

86. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and on that basis denies them.

87. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and on that basis denies them.

88. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 88 and on that basis denies them.

89. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and on that basis denies them.

90. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and on that basis denies them.

## JURISDICTION AND VENUE

91. Paragraph 91 calls for a legal conclusion to which no response is required; to the extent a response is required, Google admits this Court has jurisdiction over this action.

92. Paragraph 92 calls for a legal conclusion to which no response is required; to the extent a response is required, Google admits this Court has jurisdiction over this action.

93. Paragraph 93 calls for a legal conclusion to which no response is required; to the extent a response is required, Google admits that it is a Delaware limited liability technology company with its principal place of business in Mountain View, California. Google denies the remaining allegations insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 93 and on that basis denies them.

94. Paragraph 94 calls for a legal conclusion to which no response is required; to the extent a response is required, Google admits that it is a Delaware limited liability technology company with its principal place of business in Mountain View, California, and that venue is proper in this Court. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 94 and on that basis denies them.

95. Paragraph 95 calls for a legal conclusion to which no response is required; to the extent a response is required, Google admits that venue is proper in this Court.

## FACTUAL BACKGROUND

### A. The GoodRx Platform

96. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and on that basis denies them.

97. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and on that basis denies them.

98. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and on that basis denies them.

99. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 99 and on that basis denies them.

100. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 100 and on that basis denies them.

101. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 101 and on that basis denies them.

### B. GoodRx's Promises to Users

102. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 102 and on that basis denies them.

103. Paragraph 103 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 103 and on that basis denies them.

104. Google states that GoodRx's privacy policies speak for themselves. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 104 and on that basis denies them.

105. Google states that GoodRx's privacy policies speak for themselves. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 105 and on that basis denies them.

106. Google admits that Paragraph 106 purports to cite to unidentified documents. To the

extent Paragraph 106 purports to cite to GoodRx's privacy policies, Google states that GoodRx's privacy policies speak for themselves. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and on that basis denies them.

107. Google admits that Paragraph 107 purports to cite to unidentified documents. To the extent Paragraph 107 purports to cite to GoodRx's privacy policies, Google states that GoodRx's privacy policies speak for themselves. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 107 and on that basis denies them.

108. Google admits that Paragraph 108 purports to cite to unidentified documents. To the extent Paragraph 108 purports to cite to GoodRx's privacy policies, Google states that GoodRx's privacy policies speak for themselves. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and on that basis denies them.

109. Google states that GoodRx's privacy policies speak for themselves. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 109 and on that basis denies them.

110. Google admits that Paragraph 110 purports to cite to a public statement as shown in "Figure 4." Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and on that basis denies them.

111. Google admits that Paragraph 111 purports to cite to a public statement as shown in "Figure 5." Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 111 and on that basis denies them.

112. Paragraph 112 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and on that basis denies them.

113. Google denies the allegations in Paragraph 113 insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 113 and on that basis denies them.

114. Google denies the allegations in Paragraph 114 insofar as they pertain to Google.

Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 114 and on that basis denies them.

115. Google admits that GoodRx is a developer who used Google's analytics services, and that developers may create custom app events using Google Analytics. Google denies the allegations in Paragraph 115 insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 115 and on that basis denies them.

116. Google denies the allegations in Paragraph 116 insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 116 as they pertain to other Defendants and on that basis denies them.

**C. Meta's Tracking Technology on the GoodRx Platform**

117. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 117 as they pertain to another Defendant, and on that basis denies them.

118. Google admits that Paragraph 118 purports to cite unidentified document(s). Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 118 as they pertain to another Defendant, and on that basis denies them.

119. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 119 as they pertain to another Defendant, and on that basis denies them.

120. Google admits that Paragraph 120 purports to cite unidentified document(s). Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 120 as they pertain to another Defendant, and on that basis denies them.

121. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 121 as they pertain to another Defendant, and on that basis denies them.

122. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 122 as they pertain to another Defendant, and on that basis denies

them.

123. Google admits that Paragraph 123 purports to cite unidentified document(s). Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 123 as they pertain to another Defendant, and on that basis denies them.

124. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 124 as they pertain to another Defendant, and on that basis denies them.

125. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 125 as they pertain to another Defendant, and on that basis denies them.

126. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 126 as they pertain to another Defendant, and on that basis denies them.

127. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 127 as they pertain to another Defendant, and on that basis denies them.

128. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 128 as they pertain to another Defendant, and on that basis denies them.

129. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 129 as they pertain to another Defendant, and on that basis denies them.

130. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 130 as they pertain to another Defendant, and on that basis denies them.

131. Google admits that Paragraph 131 purports to cite unidentified document(s). Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 131 as they pertain to another Defendant, and on that basis denies them.

132. Google admits that Paragraph 132 purports to cite unidentified document(s). Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 132 as they pertain to another Defendant, and on that basis denies them.

133. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 133 as they pertain to another Defendant, and on that basis denies them.

134. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 134 as they pertain to another Defendant, and on that basis denies them.

135. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 135 as they pertain to another Defendant, and on that basis denies them.

136. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 136 as they pertain to another Defendant, and on that basis denies them.

137. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 137 as they pertain to another Defendant, and on that basis denies them.

138. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 138 as they pertain to another Defendant, and on that basis denies them.

139. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 139 as they pertain to another Defendant, and on that basis denies them.

140. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 140 as they pertain to another Defendant, and on that basis denies them.

141. Paragraph 141 contains legal conclusions, characterizations, or arguments, to which

no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 141 as they pertain to another Defendant, and on that basis denies them.

**D. Google's Tracking Technology on the GoodRx Platform**

142. Google admits that it is a publicly traded company that provides advertising services. Google denies all remaining allegations in Paragraph 142.

143. Google states that the webpage referred to and cited to by Paragraph 143 speaks for itself, and therefore no response is required. To the extent a response is required, Google denies all remaining allegations in Paragraph 143.

144. Google admits that it provides advertising services, analytics services, including the Google Analytics tag and SDK, and cloud services. Google admits that developers who choose to use Google's services can, in general, choose to integrate those services with one another if that functionality exists, subject to any applicable policies or technical restrictions. Google denies all remaining allegations in Paragraph 144.

145. Google admits that it provides analytics services through Google Analytics that developers can choose to incorporate into their websites and apps to measure certain user interactions. Google admits that it has offered analytics services over the years. Google denies all remaining allegations in Paragraph 145.

146. Google admits that it provides analytics services through Google Analytics that developers can choose to incorporate into their websites and apps to measure certain user interactions. Google admits that its analytics services included a version of Google Analytics previously called Universal Analytics, which was first launched as a public beta in 2012 and has since been discontinued. Google also admits that "User ID" was a feature available in Universal Analytics. Google admits that Paragraph 146 purports to cite to an unidentified document. Google denies all remaining allegations in Paragraph 146.

147. Google admits that it provides analytics services through Google Analytics and Google Analytics for Firebase that developers can choose to incorporate into their websites and apps to measure certain user interactions. Google admits that a version of Google Analytics, called

Google Analytics 4, was released in 2020. Google denies all remaining allegations in Paragraph 147

148. Google admits that it provides analytics services through Google Analytics that developers can choose to incorporate into their websites and apps to measure certain user interactions. Google admits that Paragraph 148 purports to cite to an unidentified document. Google denies all remaining allegations in Paragraph 148.

149. Google states that the webpage referred to and cited to by Paragraph 149 speaks for itself, and therefore no response is required. To the extent a response is required, Google admits that it provides analytics services through Google Analytics that developers can choose to incorporate into their websites and apps to measure certain user interactions. Google denies all remaining allegations in Paragraph 149.

150. Google admits that it provides analytics services through Google Analytics. Google admits that developers can choose to incorporate Google Analytics into their websites and apps to measure certain user interactions by adding Google Analytics code into their website or app. Google admits that IP address and Client ID may be transmitted to Google by a website using Google Analytics. Google denies all remaining allegations in Paragraph 150.

151. Google admits that it provides analytics services through Google Analytics that developers can choose to incorporate into their websites and apps to measure certain user interactions. Google admits that developers can configure Google Analytics to customize what data their websites and apps transmit to Google. Google admits that it processes the data and stores the data as instructed by the developer. Google denies all remaining allegations in Paragraph 151.

152. Google admits that it provides analytics services through Google Analytics that developers can choose to incorporate into their websites and apps to measure certain user interactions and that Google provides the developer with reports to view their measurement. Google admits that developers can configure Google Analytics to customize what data their websites and apps transmit to Google. Google admits that it processes the data and stores the data as instructed by the developer. Google denies all remaining allegations in Paragraph 152.

153. Google admits that it provides analytics services through Google Analytics that

developers can choose to incorporate into their websites and apps to measure certain user interactions. Google admits that it may use Google Analytics data to improve its products and services, subject to certain settings, internal policies, and/or technical restrictions. Google denies all remaining allegations in Paragraph 153.

154. Google admits that it provides analytics services through Google Analytics that developers can choose to incorporate into their websites and apps to measure certain user interactions. Google admits that developers can choose to create, name, and transmit "Custom Events" to collect information that is specific to the developer's business. Google admits that developers can transmit URLs, which are created and named by the developer, as well as device IDs and IP addresses, to Google using Google Analytics. Google admits that GoodRx is a developer who used Google's analytics services. Google denies all remaining allegations in Paragraph 154.

155. Google denies that it obtained PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 155, and on that basis denies them.

156. Google denies that it obtained PII, health information, or other sensitive data from GoodRx. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 156, and on that basis denies them.

**E. Criteo's Tracking Technology on the GoodRx Platform**

157. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 157 as they pertain to another Defendant, and on that basis denies them.

158. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 158 as they pertain to another Defendant, and on that basis denies them.

159. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 159 as they pertain to another Defendant, and on that basis denies them.

160. Google lacks knowledge and information sufficient to form a belief as to the truth

of the allegations in Paragraph 160 as they pertain to another Defendant, and on that basis denies them.

161. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 161 as they pertain to another Defendant, and on that basis denies them.

162. Paragraph 162 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 162 as they pertain to another Defendant, and on that basis denies them.

**F. Other Tracking Technologies on the GoodRx Platform**

163. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 163 and on that basis denies them.

164. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 164 and on that basis denies them.

165. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 165 and on that basis denies them.

166. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 166 and on that basis denies them.

167. Paragraph 167 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 167 and on that basis denies them.

**G. Plaintiffs and Class Members Do Not Consent to Defendants' Conduct**

168. Paragraph 168 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 168 as they pertain to other Defendants and on that basis denies them.

169. Paragraph 169 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 169 as they pertain to other Defendants and on that basis denies them.

170. Paragraph 170 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google. Google states that GoodRx's privacy policy speaks for itself. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 170 as they pertain to other Defendants and on that basis denies them.

### H. Plaintiffs and Class Members have a Reasonable Expectation of Privacy in their User Data

171. Paragraph 171 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 171 and on that basis denies them.

172. Paragraph 172 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 172 and on that basis denies them.

173. Paragraph 173 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 173 purports to cite to certain third-party studies. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 173 and on that basis denies them.

174. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 174 and on that basis denies them.

175. Google admits that Paragraph 175 purports to cite to a third-party study. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in

Paragraph 175 and on that basis denies them.

176. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 176 and on that basis denies them.

177. Paragraph 177 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 177 and on that basis denies them.

**I. Defendants Used GoodRx Users' Data**

178. Paragraph 178 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 178 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 178 and on that basis also denies them.

179. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 179 and on that basis also denies them.

180. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 180 and on that basis denies them.

181. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 181 and on that basis denies them.

182. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 182 and on that basis denies them.

183. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 183 and on that basis denies them.

184. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 184 and on that basis denies them.

185. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 185 and on that basis denies them.

186. Google lacks knowledge and information sufficient to form a belief as to the truth

of the allegations in Paragraph 186 and on that basis denies them.

187. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 187 and on that basis denies them.

188. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and on that basis denies them.

189. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 189 and on that basis denies them.

190. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 190 and on that basis denies them.

191. Paragraph 191 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 191. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 191 as they pertain to other Defendants, and on that basis also denies them.

**J. The Federal Trade Commission Action Against GoodRx**

192. Google admits a lawsuit, *United States v. GoodRx Holdings, Inc.*, No. 3:23-cv-000460-DMR, was filed in the District Court for the Northern District of California on February 1, 2023. Google states that the complaint therein speaks for itself.

193. Google admits a lawsuit, *United States v. GoodRx Holdings, Inc.*, No. 3:23-cv-000460-DMR, was filed in the District Court for the Northern District of California. Google states that the complaint therein speaks for itself. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 193 and on that basis denies them.

194. Google admits a lawsuit, *United States v. GoodRx Holdings, Inc.*, No. 3:23-cv-000460-DMR, was filed in the District Court for the Northern District of California. Google states that the complaint therein speaks for itself. Google denies the allegations in Paragraph 194 insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 194 and on that basis denies them.

195. Google admits a lawsuit, *United States v. GoodRx Holdings, Inc.*, No. 3:23-cv-000460-DMR, was filed in the District Court for the Northern District of California. Google states that the complaint therein speaks for itself. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 195 and on that basis denies them.

196. Google admits a lawsuit, *United States v. GoodRx Holdings, Inc.*, No. 3:23-cv-000460-DMR, was filed in the District Court for the Northern District of California. Google states that the complaint and procedural history therein speaks for itself as reflected on the public docket. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 196 and on that basis denies them.

197. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 197 and on that basis denies them.

198. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and on that basis denies them.

199. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and on that basis denies them.

200. Paragraph 200 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 200 insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 200 and on that basis denies them.

## TOLLING, CONCEALMENT, AND ESTOPPEL

201. Paragraph 201 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 201 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 201 as they pertain to other Defendants, and on that basis denies them.

202. Google admits that it provides analytics services and that GoodRx incorporated its

analytics product onto its platform. Google denies the allegations in Paragraph 202 insofar as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 202 as they pertain to other Defendants, and on that basis denies them.

203. Paragraph 203 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 203 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 203 as they pertain to other Defendants, and on that basis denies them.

204. Paragraph 204 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and on that basis denies them.

205. Paragraph 205 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and on that basis denies them.

206. Paragraph 206 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 206 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 206 as they pertain to other Defendants, and on that basis denies them.

207. Paragraph 207 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 207 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 207 as they pertain to another Defendant, and on that basis denies them.

208. Google lacks knowledge and information sufficient to form a belief as to the truth

of the allegations in Paragraph 208 as they pertain to another Defendant, and on that basis denies them.

209. Paragraph 209 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 209 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 209 as they pertain to another Defendant, and on that basis denies them.

210. Paragraph 210 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 210 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 210 as they pertain to another Defendant, and on that basis denies them.

211. Paragraph 211 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 211.

**PUBLIC INJUNCTIVE RELIEF**

212. Paragraph 212 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies that Plaintiffs are entitled to any relief as it pertains to Google. To the extent Paragraph 212 is construed as containing factual allegations, Google denies them.

213. Paragraph 213 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies that Plaintiffs are entitled to any relief as it pertains to Google. To the extent Paragraph 213 is construed as containing factual allegations, Google denies them.

214. Paragraph 214 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies that Plaintiffs are entitled to any relief as it pertains to Google. To the extent Paragraph 214 is construed as containing factual allegations, Google denies them.

215. Paragraph 215 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies that Plaintiffs are entitled to any relief as it pertains to Google. To the extent Paragraph 215 is construed as containing factual allegations, Google denies them.

216. Paragraph 216 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies that Plaintiffs are entitled to any relief as it pertains to Google. To the extent Paragraph 216 is construed as containing factual allegations, Google denies them.

217. Paragraph 217 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 217 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 217 and on that basis denies them.

218. Paragraph 218 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies that Plaintiffs are entitled to any relief as it pertains to Google. To the extent Paragraph 218 is construed as containing factual allegations, Google denies them.

**CLASS ACTION ALLEGATIONS**

219. Paragraph 219 sets forth Plaintiffs' proposed class definitions and does not require a response. To the extent a response is required, Google denies any allegations in Paragraph 219, and denies that class certification is appropriate in this action. Google reserves all rights to contend that other persons must be excluded from the class in the event that the Court grants certification in whole or in part.

220. Paragraph 220 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 220, and denies that class certification is appropriate in this action.

221. Paragraph 221 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in

Paragraph 221, and denies that class certification is appropriate in this action.

222. Paragraph 222 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 222, and denies that class certification is appropriate in this action.

223. Paragraph 223 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 223, and denies that class certification is appropriate in this action.

224. Paragraph 224 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 224, and denies that class certification is appropriate in this action.

225. Paragraph 225 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 225, and denies that class certification is appropriate in this action.

226. Paragraph 226 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 226, and denies that class certification is appropriate in this action.

**CALIFORNIA LAW APPLIES TO THE ENTIRE CLASS**

227. Paragraph 227 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 227.

228. Google admits that it maintains its principal place of business in Mountain View, California. The remainder of Paragraph 228 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google states that its Terms of Service speaks for itself and denies the remaining allegations in Paragraph 228.

229. Paragraph 229 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 229.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

**Violation of the Commons Law Invasion of Privacy – Intrusion Upon Seclusion**
**(On Behalf of Plaintiffs and the Class)**
**(Against All Defendants)**

230. Google incorporates its responses in the preceding paragraphs of this Answer.

231. Paragraph 231 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 231 purports to cite to elements of a common law invasion of privacy claim; Google otherwise denies the allegations in Paragraph 231.

232. Paragraph 232 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 232 as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 232 as they pertain to another Defendant, and on that basis denies them.

233. Paragraph 233 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 233 as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 233 as they pertain to another Defendant, and on that basis denies them.

234. Paragraph 234 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 234 as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 234 as they pertain to another Defendant, and on that basis denies them.

235. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 235 and on that basis denies them.

236. Google admits that Paragraph 236 purports to cite to unidentified documents. To the extent Paragraph 236 purports to cite to GoodRx's privacy policies, Google states that GoodRx's

privacy policies speak for themselves. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 236 and on that basis denies them.

237. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 237 and on that basis denies them.

238. Paragraph 238 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 238.

239. Paragraph 239 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 239.

240. Paragraph 240 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 240.

241. Paragraph 241 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 241.

242. Paragraph 242 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 242.

243. Paragraph 243 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 243.

244. Paragraph 244 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 244. Google denies that Plaintiffs are entitled to relief.

245. Paragraph 245 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 245. Google denies that Plaintiffs are entitled to relief.

246. Paragraph 246 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies that Plaintiffs are entitled to relief.

**SECOND CLAIM FOR RELIEF**
**Violation of Common Law Invasion of Privacy – Intrusion Upon Seclusion**
**(On Behalf of Plaintiffs and the Class)**
**(Against Advertising and Analytics Defendants)**

247. Google incorporates its responses in the preceding paragraphs of this Answer.

248. Paragraph 248 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 248 purports to cite to elements of a common law invasion of privacy claim; Google otherwise denies the allegations in Paragraph 248.

249. Paragraph 249 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 249.

250. Paragraph 250 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 250.

251. Paragraph 251 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 251.

252. Paragraph 252 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 252.

253. Paragraph 253 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 253.

254. Paragraph 254 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 254.

255. Paragraph 255 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 255.

256. Paragraph 256 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 256.

257. Paragraph 257 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 257.

258. Paragraph 258 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 258.

259. Paragraph 259 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 259. Google denies that Plaintiffs are entitled to relief.

260. Paragraph 260 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 260. Google denies that Plaintiffs are entitled to relief.

261. Paragraph 261 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations and denies that Plaintiffs are entitled to relief.

## THIRD CLAIM FOR RELIEF
**Unjust Enrichment**
**(On Behalf of Plaintiffs and the Class)**
**(Against All Defendants)**

262. Google incorporates its responses in the preceding paragraphs of this Answer.

263. Paragraph 263 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 263 as they pertain to Google. Google lacks knowledge and information sufficient to

form a belief as to the truth of the remaining allegations in Paragraph 263 as they pertain to other Defendants, and on that basis denies them.

264. Paragraph 264 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 264 as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 264 as they pertain to other Defendants, and on that basis denies them.

265. Paragraph 265 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 265 as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 265 as they pertain to other Defendants, and on that basis denies them.

266. Paragraph 266 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 266 as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 266 as they pertain to other Defendants, and on that basis denies them.

267. Paragraph 267 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 267 as they pertain to other Defendants, and on that basis denies them.

268. Paragraph 268 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 268 as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 268 as they pertain to other Defendants, and on that basis denies them.

269. Paragraph 269 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in

Paragraph 269 as they pertain to Google. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 269 as they pertain to other Defendants, and on that basis denies them.

270. Paragraph 270 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations and denies that Plaintiffs are entitled to relief.

**FOURTH CLAIM FOR RELIEF**
**Violation of California Confidentiality of Medical Information Act ("CMIA")**
**Civil Code Section 56.06**
**(On Behalf of Plaintiffs and the Class) (Against GoodRx)**

271. Google incorporates its responses in the preceding paragraphs of this Answer.

272. Paragraph 272 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 272 as they pertain to another Defendant, and on that basis denies them.

273. Paragraph 273 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 273 as they pertain to another Defendant, and on that basis denies them.

274. Paragraph 274 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 274 as they pertain to another Defendant, and on that basis denies them.

275. Paragraph 275 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 275 as they pertain to another Defendant, and on that basis denies them. Google denies the remaining allegations insofar as they pertain to Google.

276. Google lacks knowledge and information sufficient to form a belief as to the truth

of the allegations in Paragraph 276 as they pertain to another Defendant, and on that basis denies them. Google denies the remaining allegations insofar as they pertain to Google.

277. Paragraph 277 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 277 as they pertain to another Defendant, and on that basis denies them. Google denies the remaining allegations insofar as they pertain to Google.

278. Paragraph 278 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 278 as they pertain to another Defendant, and on that basis denies them. Google denies the remaining allegations insofar as they pertain to Google.

279. Paragraph 279 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 279 as they pertain to another Defendant, and on that basis denies them.

## FIFTH CLAIM FOR RELIEF
**Violation of CMIA**
**Civil Code Section 56.101**
**(On Behalf of Plaintiffs and the Class) (Against GoodRx)**

280. Google incorporates its responses in the preceding paragraphs of this Answer.

281. Paragraph 281 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 281 purports to characterize California Civil Code Section 56.101; Google otherwise lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 281 as they pertain to another Defendant, and on that basis denies them.

282. Paragraph 282 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 282 purports to characterize a California statute. Google otherwise lacks knowledge and information

sufficient to form a belief as to the truth of the allegations in Paragraph 282 as they pertain to another Defendant, and on that basis denies them.

283. Paragraph 283 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 283 as they pertain to another Defendant, and on that basis denies them.

284. Paragraph 284 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 284 as they pertain to another Defendant, and on that basis denies them. Google denies the remaining allegations insofar as they pertain to Google.

285. Paragraph 285 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 285 as they pertain to another Defendant, and on that basis denies them.

286. Paragraph 286 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 286 as they pertain to another Defendant, and on that basis denies them.

## SIXTH CLAIM FOR RELIEF
**Violation of CMIA**
**Civil Code Section 56.10**
**(On Behalf of Plaintiffs and the Class) (Against GoodRx)**

287. Google incorporates its responses in the preceding paragraphs of this Answer.

288. Paragraph 288 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 288 purports to characterize California Civil Code Section 56.10(a); Google otherwise denies the allegations in Paragraph 288.

289. Paragraph 289 contains legal conclusions, characterizations, or arguments, to which

no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 289 as they pertain to another Defendant, and on that basis denies them.

290. Paragraph 290 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 290 as they pertain to another Defendant, and on that basis denies them.

291. Paragraph 291 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 291 as they pertain to another Defendant, and on that basis denies them.

292. Paragraph 292 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 292 as they pertain to another Defendant, and on that basis denies them.

**SEVENTTH CLAIM FOR RELIEF**
**Aiding and Abetting Violation of CMIA**
**Civil Code Section 56.06, 56.101, 56.10**
**(On Behalf of Plaintiffs and the Class) (Against Advertising and Analytics Defendants)**

293. Google incorporates its responses in the preceding paragraphs of this Answer.

294. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 294.

295. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 295.

296. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 296.

297. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 297.

298. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 298.

## EIGHTH CLAIM FOR RELIEF
### Violation of CMIA
### Civil Code Section 56.36

299. Google incorporates its responses in the preceding paragraphs of this Answer.

300. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google admits that Paragraph 300 purports to cite and characterize California Civil Code Section 56.36(B)(3)(A).

301. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google admits that Paragraph 301 purports to cite and characterize California Civil Code Section 56.36(B)(5).

302. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 302.

303. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 303.

304. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 304.

305. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus

no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 305.

306. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 306.

307. Pursuant to the Court's July 22, 2025, Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations insofar as they pertain to Google in Paragraph 307.

**NINTH CLAIM FOR RELIEF**
**Violation of the California Invasion of Privacy Act ("CIPA")**
**Cal. Penal Code § 631**
**(On Behalf of Plaintiffs and the Class and Subclass) (Against All Defendants)**

308. Google incorporates its responses in the preceding paragraphs of this Answer.

309. Paragraph 309 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 309 purports to characterize Cal. Penal Code § 630; Google otherwise denies the allegations in Paragraph 309.

310. Paragraph 310 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 310 purports to characterize Cal. Penal Code § 631; Google otherwise denies the allegations in Paragraph 310.

311. Paragraph 311 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 311.

312. Paragraph 312 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that its principal place of business is in Mountain View, California, and states that Google's Terms of Service speaks for itself. Google otherwise denies the remaining allegations in Paragraph 312 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth

of the allegations in Paragraph 312 as they pertain to other Defendants, and on that basis denies them.

313. Paragraph 313 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 313 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 313 as they pertain to other Defendants, and on that basis denies them.

314. Paragraph 314 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 314 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 314 as they pertain to other Defendants, and on that basis denies them.

315. Paragraph 315 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 315 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 315 as they pertain to other Defendants, and on that basis denies them.

316. Paragraph 316 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 316 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 316 as they pertain to other Defendants, and on that basis denies them.

317. Paragraph 317 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 317 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 317 as they pertain to other Defendants, and on that basis denies them.

318. Paragraph 318 contains legal conclusions, characterizations, or arguments, to which

no response is required. To the extent a response is required, Google denies the allegations in Paragraph 318.

319. Paragraph 319 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 319 and denies that Plaintiffs are entitled to relief.

320. Paragraph 320 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 320 insofar as they pertain to Google, and denies that Plaintiffs are entitled to relief. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 320 as they pertain to other Defendants, and on that basis denies them.

**<u>TENTH CLAIM FOR RELIEF</u>**
**Violation of CIPA**
**Cal. Penal Code § 632**
**(On Behalf of Plaintiffs and the Class and Subclass)**
**(Against Advertising and Analytics Defendants)**

321. Google incorporates its responses in the preceding paragraphs of this Answer.

322. Paragraph 322 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 322 purports to cite to Section 632 of CIPA; Google otherwise denies the allegations in Paragraph 322.

323. Paragraph 323 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 323 purports to cite to Section 632 of CIPA; Google otherwise denies the allegations in Paragraph 323.

324. Paragraph 324 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 324.

325. Paragraph 325 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 325 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 325 as they pertain to other Defendants, and on that basis denies them.

326. Paragraph 326 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 326 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 326 as they pertain to other Defendants, and on that basis denies them.

327. Paragraph 327 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 327 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 327 as they pertain to other Defendants, and on that basis denies them.

328. Paragraph 328 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 328 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 328 as they pertain to other Defendants, and on that basis denies them.

329. Paragraph 329 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 329 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 329 as they pertain to other Defendants, and on that basis denies them.

330. Paragraph 330 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 330 and denies that Plaintiffs are entitled to relief.

331. Paragraph 331 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 331 insofar as they pertain to Google, and denies that Plaintiffs are entitled to relief. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 331 as they pertain to other Defendants, and on that basis denies them.

**ELEVENTH CLAIM FOR RELIEF**

**Violation of California Consumers Legal Remedies Act ("CLRA")**
**Cal. Civ. Code §§ 1750, *et seq***
**(On Behalf of Plaintiffs Jane Doe, Jane Doe II, and Wilson and the Class) (Against GoodRx)**

332. Google incorporates its responses in the preceding paragraphs of this Answer.

333. Paragraph 333 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Plaintiffs purport to bring this action as a putative class action. Google denies all remaining allegations.

334. Paragraph 334 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 334 as they pertain to another Defendant, and on that basis denies them.

335. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 335 as they pertain to another Defendant, and on that basis denies them.

336. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 336 as they pertain to another Defendant, and on that basis denies them.

337. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 337 as they pertain to another Defendant, and on that basis denies them.

338. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 338 as they pertain to another Defendant, and on that basis denies them.

339. Paragraph 339 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 339 as they pertain to another Defendant, and on that basis denies them.

340. Paragraph 340 contains legal conclusions, characterizations, or arguments, to which

no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 340 as they pertain to another Defendant, and on that basis denies them.

341. Paragraph 341 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 341 as they pertain to another Defendant, and on that basis denies them.

342. Paragraph 342 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 342 as they pertain to another Defendant, and on that basis denies them.

343. Paragraph 343 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 343 as they pertain to another Defendant, and on that basis denies them.

344. Google states that Plaintiffs' CLRA venue declarations attached as Exhibit A of their Amended Complaint speak for themselves, and therefore no response is required.

**TWELFTH CLAIM FOR RELIEF**
**Violation of Cal. Bus. & Prof. Code §§ 17200 *et. seq.***
**(On Behalf of Plaintiffs and the Class) (Against All Defendants)**

345. Google incorporates its responses in the preceding paragraphs of this Answer.

346. Paragraph 346 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 346 as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 346 as they pertain to other Defendants, and on that basis denies them.

347. Paragraph 347 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 347 as they pertain to Google. Google also lacks knowledge and information sufficient

to form a belief as to the truth of the allegations in Paragraph 347 as they pertain to other Defendants, and on that basis denies them.

348. Paragraph 348 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 348 as they pertain to another Defendant, and on that basis denies them.

349. Paragraph 349 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 349 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 349 as they pertain to other Defendants, and on that basis denies them.

350. Paragraph 350 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 350 insofar as they pertain to Google. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 350 as they pertain to another Defendant, and on that basis denies them.

351. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 351 as they pertain to another Defendant, and on that basis denies them.

352. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 352 as they pertain to another Defendant, and on that basis denies them.

353. Paragraph 353 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations. Google also lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 353 and on that basis denies them.

354. Paragraph 354 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in

Paragraph 354.

355. Paragraph 355 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 355.

356. Paragraph 356 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 356.

357. Paragraph 357 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 357.

358. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 358 and on that basis denies them. Google states that the article cited in footnote 4 speaks for itself.

359. Paragraph 359 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations.

360. Paragraph 360 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 360 and denies that Plaintiffs are entitled to relief.

**<u>THIRTEENTH CLAIM FOR RELIEF</u>**
**Violation of New York General Business Law § 349**
**(Pleaded in the Alternative, on Behalf on Plaintiff E.C. and the New York Class)**
**(Against All Defendants)**

361. Paragraph 361 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Plaintiff E.C. purports to plead this claim in the alternative individually and on behalf of a New York Class. Google denies that Plaintiff E.C. is entitled to such relief.

362. Google incorporates its responses in the preceding paragraphs of this Answer.

363. Paragraph 363 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in

Paragraph 363.

364. Paragraph 364 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 364.

365. Paragraph 365 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 365.

366. Paragraph 366 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 366.

367. Paragraph 367 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google denies the allegations in Paragraph 367 and denies that Plaintiffs are entitled to relief.

**FOURTEENTH CLAIM FOR RELIEF**

**Violation Of The Illinois Consumer Fraud and Deceptive Business Practices Act**
**815 III. Comp. Stat. Ann. § 505/1, *et seq.***
**(Pleaded in the Alternative, on Behalf of Plaintiff John Doe and the Illinois Class)**
**(Against All Defendants)**

368. Paragraph 368 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Plaintiff John Doe purports to plead this claim in the alternative individually and on behalf of a New York Class. Google denies that Plaintiff John Doe is entitled to such relief.

369. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google admits that Paragraph 369 purports to characterize the Illinois Consumer Fraud Deceptive Business Practices Act; Google otherwise denies the allegations in Paragraph 369.

370. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations in Paragraph 370 insofar as they pertain to Google.

371. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus

no response is required. To the extent a response is required, Google denies the allegations in Paragraph 371 insofar as they pertain to Google.

372. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations in Paragraph 372 insofar as they pertain to Google.

373. Pursuant to the Court's July 22, 2025 Order, this claim has been dismissed and thus no response is required. To the extent a response is required, Google denies the allegations in Paragraph 373 insofar as they pertain to Google.

## FIFTEENTH CLAIM FOR RELIEF

**Negligence *Per Se***
**(Pled in the Alternative, on Behalf of all Plaintiffs and Classes)**
**(Against GoodRx)**

374. Google incorporates its responses in the preceding paragraphs of this Answer.

375. Paragraph 375 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 375 as they pertain to another Defendant, and on that basis denies them.

376. Paragraph 376 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 376 as they pertain to another Defendant, and on that basis denies them.

377. Paragraph 377 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google admits that Paragraph 377 purports to cite and characterize certain federal regulations. Google lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 377 as they pertain to another Defendant, and on that basis denies them.

378. Paragraph 378 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 378 as they

pertain to another Defendant, and on that basis denies them.

379. Paragraph 379 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 379 as they pertain to another Defendant, and on that basis denies them.

380. Paragraph 380 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 380 as they pertain to another Defendant, and on that basis denies them.

381. Paragraph 381 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 381 as they pertain to another Defendant, and on that basis denies them.

382. Paragraph 382 contains legal conclusions, characterizations, or arguments, to which no response is required.

383. Paragraph 383 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 383 as they pertain to another Defendant, and on that basis denies them.

384. Paragraph 384 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 384 as they pertain to another Defendant, and on that basis denies them.

385. Paragraph 385 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 385 as they pertain to another Defendant, and on that basis denies them.

386. Paragraph 386 contains legal conclusions, characterizations, or arguments, to which

no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 386 as they pertain to another Defendant, and on that basis denies them.

387. Paragraph 387 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 387 as they pertain to another Defendant, and on that basis denies them.

## SIXTEENTH CLAIM FOR RELIEF

**Common Law Negligence**
**(Pleaded in the Alternative, on Behalf of all Plaintiffs and the California, New York, Florida, and Illinois Classes)**
**(Against GoodRx)**

388. Google incorporates its responses in the preceding paragraphs of this Answer.

389. Paragraph 389 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 389 as they pertain to another Defendant, and on that basis denies them.

390. Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 390 as they pertain to another Defendant, and on that basis denies them.

391. Paragraph 391 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 391 as they pertain to another Defendant, and on that basis denies them.

392. Paragraph 392 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 392 as they pertain to another Defendant, and on that basis denies them.

393. Paragraph 393 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and

information sufficient to form a belief as to the truth of the allegations in Paragraph 393 as they pertain to another Defendant, and on that basis denies them. Google denies the remaining allegations insofar as they pertain to Google.

394. Paragraph 394 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 394 as they pertain to another Defendant, and on that basis denies them. Google denies the remaining allegations insofar as they pertain to Google.

395. Paragraph 395 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 395 as they pertain to another Defendant, and on that basis denies them.

396. Paragraph 396 contains legal conclusions, characterizations, or arguments, to which no response is required. To the extent a response is required, Google lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 396 as they pertain to another Defendant, and on that basis denies them.

## PRAYER FOR RELIEF

WHEREFORE, Google prays for judgment as follows:

1. That Plaintiffs take nothing by this action;
2. That a judgment of dismissal be entered in favor of Google and against Plaintiffs; and
3. That Google be awarded such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Google admits that Plaintiffs purport to demand a trial by jury of all issues so triable.

**AFFIRMATIVE DEFENSES**

Without assuming the burden of proof on any matters that would otherwise rest with Plaintiffs, expressly denying any and all wrongdoing, and reserving any and all defenses it may have against Plaintiffs and the putative class, Google alleges the following defenses to the Complaint:

**FIRST DEFENSE**
**(Unjust Enrichment)**

Plaintiffs and the members of the putative class would be unjustly enriched if they recovered from Google any of the damages alleged in the Complaint.

**SECOND DEFENSE**
**(Consent)**

Plaintiffs and the members of the putative class consented and/or received disclosures of all of Google's complained-of acts and conduct; thus, the Complaint, and each purported cause of action therein, is barred.

**THIRD DEFENSE**
**(Statute of Limitations)**

The Complaint, and each purported cause of action therein, is barred in whole or in part by the applicable statutes of limitations.

**FOURTH DEFENSE**
**(Waiver)**

Plaintiffs and the members of the putative class, by reason of their own acts, omissions, representations, and/or course of conduct, are estopped from asserting, and have waived any right to assert, each of their respective claims against Google.

**FIFTH DEFENSE**
**(Laches)**

The claims of Plaintiffs and the members of the putative class are barred by the doctrine of laches.

**SIXTH DEFENSE**
**(License)**

Google had an implied or express license to utilize the information provided by users and

at issue in the Complaint.

**SEVENTH DEFENSE**
**(Equitable Estoppel)**

The Complaint, the claim alleged therein, and the elements of relief sought therein are barred; in whole or in part, including but not limited to the extent that Plaintiffs' and the members of the putative class's own conduct, and no acts or omissions of Google, caused Plaintiffs' and the members of the putative class's alleged damages and injuries, and/or because Plaintiffs and the members of the putative class observed, knew, were informed about, read, heard about, understood, and/or came to understand the details of the terms governing the service that they now challenge, yet nevertheless consented to the terms with that knowledge about which they now complain.

**EIGHTH DEFENSE**
**(Indemnification)**

Any damages to which Plaintiffs and the members of the putative class may be found entitled to in this action, if any, are subject to the agreements governing the relationship between Google and developers utilizing Google's analytics services such as GoodRx, including, but not limited to, the indemnification clauses in the Terms of Service for Google Analytics.

**NINTH DEFENSE**
**(Contractual Defenses)**

Plaintiffs' and the members of the putative class's claims and damages are barred, in whole or in part, by contracts and/or agreements they entered into.

**TENTH DEFENSE**
**(Failure to Mitigate)**

Plaintiffs' and the members of the putative class's claims for damages—are barred, in whole or in part, because they failed to mitigate the damages they suffered.

**ELEVENTH DEFENSE**
**(Adequate Remedy at Law)**

Plaintiffs and the members of the putative class are not entitled to equitable relief because they have an adequate remedy at law and the relief they request is not the proper subject of a judicial remedy.

**TWELFTH DEFENSE**
**(Statutory Damages - Unconstitutional)**

Statutory damages should not be awarded or should otherwise be limited to the extent imposition of such damages would violate the Fifth, Eighth, or Fourteenth Amendments of the United States Constitution, Article 1 of the California Constitution, section 3294 of the California Civil Code, or any other provision of law.

**THIRTEENTH DEFENSE**
**(Unclean Hands)**

Plaintiffs and the members of the putative class are barred from recovery, in whole or in part, by the doctrine of unclean hands.

**FOURTEENTH DEFENSE**
**(Authorization)**

The Complaint and the alleged claims in it are barred, in whole or in part, because at all relevant times, Google's alleged conduct was authorized.

**FIFTEENTH DEFENSE**
**(Release)**

Plaintiffs' and the putative class members' claims are barred, in whole or in part, to the extent they have been released.

**SIXTEENTH DEFENSE**
**(Justification)**

The named Plaintiffs, and each and every member of the putative class, are barred from recovery because Google's actions were, in whole or in part, privileged, justified and/or excused by operation of law.

**SEVENTEENTH DEFENSE**
**(Intervening or Superseding Clause)**

Plaintiffs' claims—and each and every member of the putative class's claims—are barred, in whole or in part, because the damages alleged in the Complaint, if any, were caused by persons and entities other than Google. Such intervening and superseding conduct of others bars and/or diminishes recovery, if any, by Plaintiffs and the putative class members against Google.

**EIGHTEENTH DEFENSE**
**(Unauthorized Remedies)**

The Complaint and the alleged claims in it are barred in whole or in part because the remedies sought are unconstitutional, contrary to public policy, otherwise unauthorized, or not recognized by applicable state law.

**NINETEENTH DEFENSE**
**(No Standing)**

Plaintiffs' claims—and each and every member of the putative class's claims—are barred, in whole or in part, because they have not suffered injury in fact because of the acts or practices complained of.

**TWENTIETH DEFENSE**
**(Mootness)**

Plaintiffs' and the members of the putative class's claims are barred, in whole or in part, by the doctrine of mootness.

**TWENTY-FIRST DEFENSE**
**(Right to Assert Additional Defenses)**

Google reserves the right to amend its answer and/or assert additional defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

Dated: September 12, 2025

COOLEY LLP

By: */s/ Benedict Y. Hur*
Benedict Y. Hur
Simona Agnolucci
Eduardo E. Santacana
Joshua D. Anderson
Tiffany Lin
Yuhan Alice Chi
Jinyoung Lee

Attorneys for Defendant
GOOGLE LLC