Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
Rachel Kesten (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Additional Counsel for Plaintiffs on
Signature Page*

L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com
jgavenman@bursor.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC,<br><br>     Defendants. | Case No.  3:23-cv-00501-AMO<br><br>**NOTICE OF ERRATA TO PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT WITH DEFENDANTS GOODRX HOLDINGS, INC. AND CRITEO CORP (ECF NO. 261)**<br><br>Hon. Araceli Martínez-Olguín |

1  **TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:**

2      PLEASE TAKE NOTICE that on November 26, 2025, Plaintiffs filed their Notice of Motion and

3  Unopposed Motion for Preliminary Approval of Class Settlement With Defendants GoodRx Holdings,

4  Inc. and Criteo Corp.; Supporting Memorandum of Law (ECF No. 261).  Subsequent to this filing,

5  Plaintiffs were made aware of the following typographical errors in the Motion and the accompanying

6  Declaration of L. Timothy Fisher in Support of Plaintiffs' Unopposed Motion for Preliminary Approval

7  of Class Settlement with Defendants GoodRx and Criteo (ECF No. 261-1), and hereby provide notice of

8  errata and correction as follows:

9      • **ECF No. 261**: On page 11, line 18, the number "0.32" should read "3.1."

10     • **ECF No. 261-1**: On page 10, line 22, the number "0.32" should read "3.1."

11     This Notice of Errata makes no other changes to the Motion.  Corrected versions of the Motion

12  and the accompanying Declaration of L. Timothy Fisher are filed concurrently with this notice.

13

14  Dated: December 5, 2025                    Respectfully submitted,

15                                             */s/ L. Timothy Fisher*

16                                             L. Timothy Fisher (SBN 191626)
                                               Jenna L. Gavenman (SBN 348510)
17                                             **BURSOR & FISHER, P.A.**
                                               1990 North California Blvd., 9th Floor
18                                             Walnut Creek, CA 94596
                                               Telephone:    (925) 300-4455
19                                             Facsimile:    (925) 407-2700
                                               ltfisher@bursor.com
20                                             jgavenman@bursor.com

21                                             *Interim Co-Lead Counsel*

22                                             Christian Levis (*pro hac vice*)
                                               Amanda Fiorilla (*pro hac vice*)
23                                             Rachel Kesten (*pro hac vice*)
                                               **LOWEY DANNENBERG, P.C.**
24                                             44 South Broadway, Suite 1100
                                               White Plains, NY 10601
25                                             Telephone:    (914) 997-0500
                                               Facsimile:    (914) 997-0035
26                                             clevis@lowey.com
                                               afiorilla@lowey.com
27                                             rkesten@lowey.com

28                                             *Interim Co-Lead Counsel*

1

2  Robert C. Schubert #62684
Willem F. Jonckheer #178748
3  Amber L. Schubert #278696
**SCHUBERT JONCKHEER & KOLBE LLP**
4  2001 Union Street, Suite 200
San Francisco, CA 94123
5  Tel: (415) 788-4220
Fax: (415) 788-0161
6  rschubert@sjk.law
wjonckheer@sjk.law
ascubert@sjk.law

7  Mark L. Javitch (CA SBN 323729)
8  mark@javitchlawoffice.com
**JAVITCH LAW OFFICE**
9  3 East 3rd Ave., Suite 200
San Mateo, CA  94401
10  Telephone:     (650) 781-8000
Facsimile:     (650) 648-0705

11  Thomas A. Zimmerman, Jr. (*pro hac vice)*
12  tom@attorneyzim.com
**ZIMMERMAN LAW OFFICES, P.C.**
13  77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
14  Telephone:     (312) 440-0020
Facsimile:     (312) 440-4180

15  Israel David (*pro hac vice)*
16  israel.david@davidllc.com
**ISRAEL DAVID LLC**
17  17 State Street, Suite 4010
New York, New York 10004
18  Telephone:     (212) 739-0622
Facsimile:     (212) 739-0628

19  Rebecca M. Hoberg
20  rhoberg@moyalawfirm.com
**MOYA LAW FIRM**
21  1300 Clay Street, Suite 600
Oakland, California 94612
22  Telephone:     (510) 926-6521

23  Jonathan Shub #237708
Benjamin F. Johns (*pro hac vice* forthcoming)
24  Samantha E. Holbrook (*pro hac vice* forthcoming)
**SHUB JOHNS & HOLBROOK LLC**
25  200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
26  Telephone:     (610) 585-1195
jshub@shublawyers.com
27  bjohns@shublawyers.com
sholbrook@shublawyers.com

28

NOTICE OF ERRATA                                                                2
CASE NO. 3:23-CV-00501-AMO