| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (SBN 191626)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Tel: (925) 300-4455<br>Email: ltfisher@bursor.com | **GIBSON, DUNN & CRUTCHER LLP**<br>Lauren R. Goldman (*pro hac vice*)<br>200 Park Ave.<br>New York, NY 10166<br>Tel: (212) 351-4000<br>Email: lgoldman@gibsondunn.com |
| **LOWEY DANNENBERG, P.C.**<br>Christian Levis (*pro hac vice*)<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>Email: clevis@lowey.com | **COOLEY LLP**<br>Benedict Y. Hur (SBN 224018)<br>3 Embarcadero Ctr., 20th Floor<br>San Francisco, CA 94111<br>Tel: (415) 693-2000<br>Email: bhur@cooley.com |

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC,<br><br>Defendants. | Case No. 3:23-cv-00501-AMO-ASK<br><br>**STIPULATION AND ORDER RESETTING HEARING ON DISCOVERY DISPUTES**<br><br>CONSOLIDATED CLASS ACTION |

1. Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Jane Doe, Jane Doe II, John Doe, E.C., Jose Marquez, and Hollis Wilson ("Plaintiffs") and Defendants Google LLC and Meta Platforms, Inc. (collectively, "the Parties") by and through their counsel of record, hereby stipulate as follows, subject to Court approval:

WHEREAS, on January 16, 2026 Plaintiffs and Google filed their Joint Statement of Discovery Dispute regarding the scope of the products at issue in this Action (ECF No. 269);

WHEREAS, on January 20, 2026, the Court referred this Action to a magistrate judge for purposes of discovery (ECF No. 271), and on January 21, 2026 assigned the Honorable Ajay S. Krishnan to preside over discovery;

WHEREAS, on January 30, 2026, Plaintiffs and Google filed their Joint Statement of Discovery Dispute regarding Data Derivatives (ECF No. 272);

WHEREAS, on February 23, 2026, Plaintiffs and Meta filed their Joint Statements of Discovery Dispute regarding Plaintiffs' Requests for Production 3 and 4 (ECF No. 273) and Plaintiffs' Requests for Production 10 and 11 (ECF No. 274);

WHEREAS, on March 3, 2026, the Court scheduled a hearing on these discovery disputes for March 3, 2026, at 2:30 PM, via Zoom (ECF No. 277);

WHEREAS, on March 4, 2026, the Court re-set that hearing for March 6, 2026 at 2:30 PM, via Zoom (ECF No. 278);

WHEREAS, Plaintiffs' counsel has unmovable conflicts such that Plaintiffs' counsel is unable to attend the hearing on that scheduled date;

WHEREAS, Plaintiffs' counsel were unable to file this stipulation within 14 days in advance of the hearing, as the hearing was noticed today, on March 4, 2026;

WHEREAS, the Parties agree, and through their undersigned counsel, hereby stipulate, subject to Court approval, that the hearing on the pending discovery disputes (ECF Nos. 269, 272, 273, 274) shall be re-set to April 3, 2026, at 2:30 PM, via Zoom, or such other date convenient to the Court.

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: March 5, 2026

_____
THE HONORABLE AJAY S. KRISHNAN
United States Magistrate Judge

Dated: March 4, 2026

/s/ Christian Levis
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
Rachel Kesten (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Interim Co-Lead Counsel*

L. Timothy Fisher (SBN 191626)
Jenna L. Gavenman (SBN 348510)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          jgavenman@bursor.com

*Interim Co-Lead Counsel*

Robert C. Schubert #62684
Willem F. Jonckheer #178748
Amber L. Schubert #278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

ascubert@sjk.law

Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
**JAVITCH LAW OFFICE**
3 East 3rd Ave., Suite 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

Thomas A. Zimmerman, Jr. (*pro hac vice*)
tom@attorneyzim.com
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180

Israel David (*pro hac vice*)
israel.david@davidllc.com
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622
Facsimile: (212) 739-0628

Rebecca M. Hoberg
rhoberg@moyalawfirm.com
**MOYA LAW FIRM**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 926-6521

Jonathan Shub #237708
Benjamin F. Johns (*pro hac vice* forthcoming)
Samantha E. Holbrook (*pro hac vice* forthcoming)
**SHUB JOHNS & HOLBROOK LLC**
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 585-1195
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

3
STIPULATION AND ORDER RESETTING HEARING ON DISCOVERY DISPUTES CASE NO. 3:23-CV-00501-AMO-ASK

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 4, 2026 | By: /s/ Lauren Goldman |
| 3 | | Lauren R. Goldman (*pro hac vice*) |
| | | Darcy C. Harris (*pro hac vice*) |
| 4 | | **GIBSON, DUNN & CRUTCHER LLP** |
| | | 200 Park Avenue New York, NY 10166 |
| 5 | | Telephone: (212) 351-4000 |
| | | Facsimile: (212) 351-4035 |
| 6 | | lgoldman@gibsondunn.com |
| | | dharris@gibsondunn.com |

Elizabeth K. McCloskey, SBN 268184
Abigail A. Barrera, SBN 301746
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8262
abarrera@gibsondunn.com
emccloskey@gibsondunn.com

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: March 4, 2026                By: /s/ Joshua Anderson

BENEDICT HUR (244018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
JINYOUNG LEE (359885)
(jinyoung.lee@cooley.com)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

*Attorneys for Defendant GOOGLE LLC*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Christian Levis, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: March 4, 2026                               **LOWEY DANNENBERG, P.C.**

                                                   By:  */s/ Christian Levis*