UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE, et al.,

          Plaintiffs,

      v.

GOODRX HOLDINGS, INC., et al.,

          Defendants.

Case No.  23-cv-00501-AMO

**ORDER**

Re: Dkt. Nos. 292, 293, 294

Before the Court is Plaintiffs' administrative motion seeking leave to file supplemental briefing on a motion for preliminary approval of class settlement.  Dkt. No. 294.  Plaintiffs' proposed supplemental briefing relates to a motion upon which the Court already ruled – the Court denied Plaintiffs' motion for preliminary approval on January 16, 2026.  Dkt. No. 267.  The time to seek reconsideration of that denial has long since passed, and the Court declines to revisit the earlier motion.  Therefore, the Court DENIES Plaintiffs' administrative motion to file supplemental briefing.  To the extent the parties have modified their proposed settlement and have prepared additional factual support for preliminary approval, Plaintiffs may submit a new motion for preliminary approval that stands on its own.

      Good cause appearing, the Court GRANTS Plaintiffs' administrative motions to file under seal.  Dkt. Nos. 292, 293.

      **IT IS SO ORDERED.**

Dated: March 26, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California