COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, JANE DOE II, JOHN DOE, E.C., JOSE MARQUEZ, and HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., and GOOGLE LLC,<br><br>Defendants. | Case No. 4:23-cv-00501-AMO<br><br>[~~PROPOSED~~] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO MODIFY SCHEDULING ORDER<br><br>CONSOLIDATED CLASS ACTION<br><br>Judge:     Hon. Araceli Martínez-Olguín<br><br>Complaint Filed: February 2, 2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER DENYING PLAINTIFFS'
ADMIN. MOTION
CASE NO. 4:23-CV-00501-AMO

# [~~PROPOSED~~] ORDER

Before the Court is Plaintiffs' Administrative Motion to Modify the Scheduling Order and Extend Case Deadlines (Dkt. No. 358 (the "Motion")).  Having considered the parties' positions, the Court hereby **DENIES** the Motion and **GRANTS** the parties' Joint Stipulation to Extend the Case Schedule (Dkt. No. 346).  Accordingly, the Court's August 25, 2025 Order Setting Schedule (Dkt. No. 248) is hereby **AMENDED** to reflect the following deadlines:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Substantial Completion of Production of Documents Responsive to Currently Pending Requests to or from Google | N/A | September 8, 2026 |
| Deadline to hear discovery disputes involving written discovery to or from Google | N/A | September 15, 2026 |
| Substantial Completion of Production of Documents Responsive to Currently Pending Requests to Meta | N/A | October 2, 2026 |
| Close of Fact Discovery as to claims against Google | June 8, 2026 | October 8, 2026 |
| Deadline to file Plaintiffs' Motion for Class Certification, including any expert reports upon which Plaintiffs rely in their motion | July 10, 2026 | November 10, 2026 |
| Close of Fact Discovery as to claims against Meta | June 8, 2026 | December 8, 2026 |
| Deadline to file Defendants' Oppositions to Class Certification, including any counter expert reports upon which Defendants rely in their motions | September 11, 2026 | February 5, 2027 |
| Deadline to file Plaintiffs' Reply in Support of Class Certification, including any rebuttal expert reports upon which Plaintiffs rely in their motion | October 9, 2026 | March 12, 2027 |
| Deadline to file omnibus sealing applications for all Class Certification briefing | N/A | April 9, 2027 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[~~PROPOSED~~] ORDER DENYING PLAINTIFFS'
ADMIN. MOTION
CASE NO. 4:23-CV-00501-AMO

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Deadline for first settlement conference | May 18, 2026 | April 16, 2027 |
| Hearing on Class Certification | Date available on the Court's calendar no earlier than 21 days following Plaintiffs' Reply in Support of Class Certification | Date available on the Court's calendar no earlier than 21 days following Plaintiffs' Reply in Support of Class Certification |
| Deadline for the Parties to confer and file a Joint Status Report and updated Proposed Scheduling Order, including deadlines for any classwide discovery that may be necessary | 21 days after the Court enters an Order on Class Certification | 21 days after the Court enters an Order on Class Certification |

**IT IS SO ORDERED.**

DATED:    6/25/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER DENYING PLAINTIFFS'
ADMIN. MOTION
CASE NO. 4:23-CV-00501-AMO